IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

**IN RE US FERTILITY LLC
DATA BREACH CASES**

**Master File No. 8:21-cv-299**

This Document Relates To:

**ALL CASES**

**APPLICATION FOR APPOINTMENT OF
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP AND
BOIES SCHILLER FLEXNER LLP AS INTERIM CO-LEAD COUNSEL
AND KRAMON & GRAHAM PA AS LIAISON COUNSEL**

These consolidated actions arise from US Fertility LLC's alleged failure to secure personally identifiable and protected health information from unauthorized access (the "Breach"). Over the last month, applicants initiated, scheduled, coordinated and led a number of calls and correspondence with Plaintiffs' counsel to attempt to reach agreement or consensus on an appropriate organizational structure. Most counsel appear to agree that a lean structure of no more than several lead counsel and a liaison counsel will best serve the interests of the Class.

In light of those efforts, and their unique combination of attributes, the *Decker* Plaintiffs[1] respectfully request this Court appoint Cafferty Clobes Meriwether & Sprengel LLP ("Cafferty Clobes") and Boies Schiller Flexner LLC ("Boies Schiller") as Interim Co-Lead Counsel, and Kramon & Graham PA as Liaison Counsel (collectively, "Proposed Interim Counsel").

## I. This Court Should Appoint Cafferty Clobes and Boies Schiller as Interim Co-Lead Counsel and Kramon and Graham as Liaison Counsel

Interim class counsel protect the interests of plaintiffs and the class. *Pam Kagan Mktg., Inc. v. Navisite, Inc.*, 2008 WL 11509445, *4 (D. Md. May 21, 2008); *see also* Manual for Complex Litigation, Fourth ("MCL") § 21.11. A lean leadership structure of two extremely experienced, nationally recognized co-lead counsel and a liaison counsel will best serve the needs of this case and avoid the duplication of effort, inefficiency, and wasted resources larger structures often entail. Liaison counsel will facilitate the litigation by not only handling certain administrative matters and ensuring familiarity and compliance with local practices, *see* MCL § 10.221, but also assisting with substantive litigation efforts and informing strategy from a local perspective.

Should the Court appoint more than two co-lead counsel, Proposed Interim Counsel have worked well in many other cases with the other applicants and would do so again here.

---

[1] Plaintiffs Decker, in *Decker v. US Fertility, LLC*, No. PWG-21-404, and Fadness, Peterson, Laura Maxwell, in *Fadness v. US Fertility, LLC*, No. PJM-21-299 (collectively, the *Decker* Plaintiffs). Plaintiffs Forest and Matthew in *Forest vs. US Fertility, LLC*, No. TDC-21-646, and their counsel also support this Application.

### A. Cafferty Clobes And Boies Schiller Will Best Protect The Interests Of The Class

Cafferty Clobes and Boies Schiller are the most appropriate choice to serve as lead counsel given their demonstrated and inclusive leadership and coordination efforts, the efficient structure they propose, and their myriad successes in class cases, including in groundbreaking antitrust litigation concerning the fertility industry.[2] Proposed Interim Counsel include an experienced and diverse group of attorneys who will zealously represent a Class that is just as varied.

#### 1. Work Done to Identify and Investigate Claims

Proposed Interim Counsel have dedicated substantial resources to investigating the Breach. Their diligence is evident in the diversity and number of plaintiffs, including one whose information was used to apply for a fraudulent loan and two anonymous donors who were devastated to learn their personal information was compromised. The firms have worked diligently to understand the scope and size of the Breach, and continue to connect with harmed individuals.

#### 2. Consumer Class Action Experience and Knowledge of Applicable Law

##### a. **Cafferty Clobes Meriwether & Sprengel LLP**

Cafferty Clobes, a national leader in managing and litigating complex class actions, has recovered billions of dollars for consumers since its founding in 1992, due in no small part to the work of its "highly skilled attorneys . . . ." *In re Insurance Brokerage Antitrust Litig.*, MDL 1663, 2007 WL 1652303, *6 (D.N.J. June 5, 2007). The firm's depth and breadth of experience in leading national class actions—set forth the firm's resume, attached as ***Exhibit A***—uniquely positions the firm to serve as Interim Co-Lead Counsel here. Critically, it likely also is the only applicant to

---

[2] The criteria for appointing class counsel are: (1) work done to identify and investigate claims; (2) counsel's experience handling class actions and knowledge of the applicable law; (3) the resources that counsel will commit to the case; and (4) any other matter pertinent to counsel's ability to fairly and adequately represent the class. Fed. R. Civ. P. 23(g)(1)(A)-(B). In addition to the more detailed discussion above of the various criteria, Proposed Interim Counsel also easily satisfy the third criteria, as they have already committed significant resources to representing Plaintiffs and the putative Class, and will continue to do so when and as needed.

successfully prosecute claims involving the US fertility industry. *See Kamakahi v. American Society for Reproductive Medicine*, No. 11-cv-01781 (N.D. Cal.) (Co-Lead Counsel in national class case challenging compensation limits for women providing donor services for in-vitro fertilization in which the court approved a settlement eliminating the compensation limits).

Leading Cafferty Clobes's efforts will be Daniel Herrera and Bryan Clobes. Mr. Herrera, an active member of the Hispanic Bar Association of Illinois, possesses extensive experience litigating complex class cases, and has obtained significant recoveries for consumers nationwide. He was recently appointed co-lead counsel in an action where he achieved a nationwide settlement providing nearly complete relief to Class members. *See Bishop v. Behr Process Corp.*, No. 17-cv-4464 (N.D. Ill.). He played an active role in several cutting-edge privacy cases that have provided significant benefits to consumers. *See e.g.*, *Carroll v. Crème de la Crème, Inc.*, No. 17-CH-1624 (Cook County Cir. Ct.) (Cafferty Clobes appointed Co-Lead Counsel and secured a settlement requiring defendant to change biometric collection and storage practices); *In re TikTok, Inc. Consumer Privacy Litig.*, MDL 2948 (N.D. Ill.) ($92 million settlement).

After clerking for several federal court judges, and then working as a federal prosecutor in Washington, D.C., Mr. Clobes has served as lead counsel in most of the firm's cases in all areas of the firm's practice, including *Insurance Brokerage* and *Kamakahi*, maintained the highest Martindale-Hubbell rating, AV® Preeminent, and has been a "Super Lawyer" each year for over the past twenty years. Mr. Clobes has also recently been appointed lead counsel in a number of pending national consumer class cases.[3]

---

[3] *See, e.g. McAuliffe v. Vail Resorts, Inc.*, 20-cv-01121 (D. Colo.) (Mr. Clobes appointed sole Lead Counsel representing over 1 million ski pass holders seeking refunds for season pass purchases); *In re General Motors Corp. Mktg. and Sales Practices Litig.*, MDL 2818 (E.D. Mich.) (Mr. Clobes appointed Co-Lead Counsel representing over 4 million defective truck and utility vehicle owners); *In re: Frontier Airlines Litig.*, 20-cv-01153 (D. Colo.) (Mr. Clobes appointed Co-Lead Counsel representing all ticketholders seeking refunds for canceled flights); *In re Generali COVID-19 Travel Insurance Litig.*, 20-md-2968 (S.D.N.Y.) (Mr. Clobes appointed Co-Lead Counsel representing all travelers seeking travel insurance benefits for canceled trips).

### b. Boies Schiller Flexner LLP

Boies Schiller is a national leader in litigating consumer class actions. As detailed in its resume, ***Exhibit B***, it achieved some of the largest and most-recognized class settlements in the country. *See e.g.*, *In re: Blue Cross Blue Shield Antitrust Litig.*, MDL 2406, No. 13-cv-2000 (N.D. Ala.) (preliminary approved $2.67 billion settlement for consumer insured class); *In re Takata Airbag Prods. Liability Litig.* (S.D. Fla.) (court approved settlement worth more than $1.5 billion).

Adam Shaw, a partner at the firm who has over three decades of experience representing plaintiffs in class actions, will be handling this case for the firm. Recently, he served in a leadership role in the *Blue Cross Blue Shield* . His other successes, detailed in ***Exhibit B***, include lead counsel roles in many other consumer cases. *See e.g., Belton v. GE Capital Retail Bank*, Adv. Proc. 14-08223 (Bankr. S.D.N.Y); *Homaidan v. Sallie Mae, Inc.*, Adv. Pro. No. 17-1085 (Bankr. E.D.N.Y.).

Jenna Smith will also be involved in this case and dedicates her practice to the effective representation of consumer classes. Prior to joining the firm and entering private practice, Jenna clerked for Judge Lawrence E. Kahn in U.S. District Court for the Northern District of New York. Jenna is also a member of the firm's Women's Affinity Group as well as the Capital Region Women's Bar Association and the National Association of Women Lawyers.

### c. Kramon & Graham PA

Since its founding in 1977, Kramon & Graham PA has earned the reputation as one of Maryland's best litigation firms. Chambers USA, Best Law Firms, Benchmark, and SuperLawyers all name Kramon & Graham as a top Maryland trial firm. It is widely recognized for successfully handling class action cases on both the defense and plaintiff sides. *See* firm bio, ***Exhibit C***.

The lead lawyer from Kramon & Graham is James Ulwick. After clerking for former Chief Judge Northrop, Mr. Ulwick served as an Assistant United States Attorney until 1984 when he

joined the firm and established himself as one of the best trial lawyers in Maryland. According to Chambers USA: "[Mr. Ulwick] attracts praise for his expert handling of large-scale class actions for both defense and class-side clients . . . . An outstanding litigator, a fantastic trial lawyer." He is a fellow of the American College of Trial Lawyers, and has been a permanent Member of the 4th Circuit Judicial Conference since 1997. He was appointed by Judge Grimm in 2019 to serve as Liaison Counsel in the Marriott Data Breach MDL Litigation. His biography is as ***Exhibit C***.[4]

### 3. Diversity of Experience and Skills

Proposed Interim Counsel represent many of the communities that comprise the class they seek to represent. *See, e.g., In re Dynex Capital, Inc. Sec. Litig.*, 2011 WL 781215, at *9 (S.D.N.Y. Mar. 7, 2011) ("In considering other matter pertinent to counsel's ability to fairly and adequately represent the class, . . . diversity is a factor of central importance"); *In re Robinhood Outage Litig.*, No. 20-cv-01626, ECF 59 (rejecting an all-male leadership team, stating: "[T]he attorneys running this litigation should reflect the diversity of the proposed national class"). Proposed Interim Counsel offer a diverse group of attorneys—in terms of age, race, experience and geographical location—who will "fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds." In re *Fairlife Milk Prod. Mktg. & Sales Practices Litig.*, 2020 WL 362788, *1 (N.D. Ill. Jan. 22, 2020). Proposed Interim Counsel's combined experiences and talents enable them to bring a unique, diverse and broad perspective to this case, and ensure that a diverse group of talented and motivated attorneys lead this action to a successful conclusion.

Dated: March 30, 2021                 Respectfully submitted,

                                         */s/ James P. Ulwick* (Fed. Bar No. 00536)

---

[4] This Application also includes co-counsel Bruce Marcus, a widely respected Maryland based litigator. Mr. Marcus is a Fellow in the American College of Trial Lawyers, and served the State of Maryland as Special Counsel to Prince George's County and as a Member of the Board of Regents for the University of Maryland. His bio is ***Exhibit D***.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of March, 2021, a copy of the foregoing was served via CM/ECF on all counsel of record.

                                                              */s/ James P. Ulwick*
                                                              James P. Ulwick