

# Cafferty Clobes Meriwether&Sprengel LLP

# Firm Overview

Cafferty Clobes Meriwether & Sprengel LLP combines the talents of attorneys with a wide range of experience in complex civil litigation. The skill and experience of CCMS attorneys has been recognized on repeated occasions by courts that have appointed these attorneys to major positions in complex multidistrict or consolidated litigation. As the representative sampling of cases listed below demonstrates, these attorneys have taken a leading role in numerous important actions on behalf of investors, employees, consumers, businesses and others. In addition, CCMS attorneys are currently involved in a number of pending class actions, as described on the Firm's web page.

# Consumer Class Actions

**Examples of Cases in Which Firm Currently Serving as Lead Counsel**

- *In re Frontier Airlines Litigation,* **20-cv-00063-WJM-KLM (D. Colo.)**

- *Compo v. United Airlines, Inc., et al.*, **No. 1:20-cv-02166 (N.D. Ill.)**

- *McAuliffe, et al. v. Vail Resorts, Inc.*, **20-cv-01121-RBJ (D. Colo.)**

- *In re Generali COVID-19 Travel Insurance Litig.*, **20-md-2968 (S.D.N.Y.)**

- *Smalley, et al., v. Ford*, **3:19-cv-01082 (S.D. Cal.)**

- *Lincoln v. Ford Motor Company, et al.,* **JKB-19-2741 (D. Md.)**

- *In re General Motors Corp. Air Conditioning Marketing and Sales Practices Litig.,* **MDL No. 2818 (E.D. Mich.)**

- *Squires et al., v. Toyota Motor Corp., et al.,* **No. 18-cv-00138 (E.D. Tex.)**

- *Albright v. Sherwin-Williams Company*, **No. 17-cv-02513 (N.D. Ohio)**

- *Anderson v. Behr Process Corp.,* **No. 1:17-cv-08735 (N.D. Ill.)**

**Examples of Settled Cases as Lead Counsel**

- *Gonzalez, et al., v. Mazda Motor Corp., et al.*, No. 16-cv-2087 (N.D. Cal.)

- *Traxler v. PPG Industries, Inc.,* No. 15-cv-00912 (N.D. Ohio)

- *Ponzo v. Watts Regulator Company,* 1:14-cv-14080 (D. Mass.); *Klug v. Watts Regulator Company,* No. 15-cv-00061 (D. Neb.)

- *Skeen v. BMW of N. Amer., LLC,* No. 13-cv-1531 (D.N.J.)

- *Davitt v. American Honda Motor Co., Inc.,* No. 13-cv-381 (D.N.J.)

- *Sabol v. Ford Motor Company,* No. 2:14-cv-06654 (E.D. Pa.)

- *Lax v. Toyota Motor Corp.,* No. 14-cv-1490 (N.D. Cal.)

- *Albright v. Sherwin-Williams Company*, No. 17-cv-02513 (N.D. Ohio)

- *Anderson v. Behr Process Corp.,* No. 1:17-cv-08735 (N.D. Ill.)

- *Bergman v. DAP Products, Inc.,* 14-cv-03205 (D. Md.)

# Antitrust Class Actions

- *Kamakahi v. American Society for Reproductive Medicine*, No. 3:11-cv-01781 (N.D. Cal.)

- *In re Insurance Brokerage Antitrust Litig.,* MDL No. 1663 (D.N.J.)

- *VisaCheck/MasterMoney Antitrust Litig.,* Master File No. 96-5238 (E.D.N.Y.)

- *Edward C. O'bannon, Jr., et al. v. National Collegiate Athletic Association, et al.*, No. 4:09-cv-3329 CW (N.D. Cal.)

- *Ranchers Cattlemen Action Legal Fund United Stockgrowers of America, et al., v. Tyson, et al.,* 19-cv-01222-JRT-HB (D. Minn.)

- *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-7789 (S.D.N.Y.)

- *In re New Motor Vehicles Canadian Export Antitrust Litig.,* MDL No. 1532 (D. Me.)

- *In re TriCor Indirect Purchaser Antitrust Litig.,* No. 05-360 (D. Del.)

- *In re Prandin Direct Purchaser Antitrust Litig.,* No. 10-12141 (E.D. Mich.)

- *In Re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation,* MDL No. 2819 (E.D.N.Y)

- *In re Disposable Contact Lens Antitrust Litig.*, MDL No. 2626 (M.D. Fla.)

- *In re Automotive Parts Antitrust Litig.,* MDL No. 2311 (E.D. Mich.)

- *Nichols v. SmithKline Beecham Corp.,* No. Civ.A.00-6222 (E.D. Pa.)

- *In re Relafen Antitrust Litig.* No. 01-12239 (D. Mass.)

- *In re Warfarin Sodium Antitrust Litig.,* MDL 98-1232 (D. Del.)

- *In re Cardizem CD Antitrust Litig.,* MDL No. 1278 (E.D. Mich.)

- *In re Synthroid Marketing Litig.,* MDL No. 1182 (N.D. Ill)