

# ABOUT US

**Boies Schiller Flexner is a firm of internationally recognized trial lawyers, crisis managers, and strategic advisors known for its creative, aggressive, and efficient pursuit of success for our clients.**

Over two decades, Boies Schiller Flexner has established a record of taking on and winning complex, groundbreaking, and cross-border matters in diverse circumstances and industries for many of the world's most sophisticated companies. Our litigators are recognized for prevailing when the odds are longest and the stakes highest.

We regularly take cases to trial, and we prepare each one accordingly from the start. We have the experience, judgment, and vision to develop the arguments that achieve favorable outcomes, whether those arguments are needed inside or outside of the courtroom. We build deep relationships with our core clients that allow us to represent them in any matter, in any forum, anywhere in the world. And we regularly represent our clients as plaintiffs as well as defendants, often sharing the risk of litigation through creative fee structures.

With offices located throughout the United States and in London, we operate as one firm with a seamless approach to building the most skillful and cost-effective team possible for every matter.

We are proud of our reputation as a "national litigation powerhouse" (*The Wall Street Journal*) and as "one of America's most successful and sought-after law firms for cases that matter" (*The American Lawyer*). We strive every day, in every matter, to build upon that reputation, to achieve exceptional results for our clients, and to remain the firm that our clients will always want to entrust with their most significant matters.

Boies Schiller Flexner is committed to diversity and inclusion at the firm, in the legal profession, and in society as a whole.

Our firm is dedicated to fostering a diverse and inclusive work environment that supports the recruitment, retention, and advancement of women and men of all backgrounds, at all levels of the firm. We believe that teams with diverse viewpoints and perspectives are critical to providing creative solutions to the unique needs of our global client base.

The firm's Diversity Committee provides guidance and recommendations on policies, procedures, and professional development opportunities to meet the firm's objectives with regard to diversity and inclusion. We recognize that promoting diversity requires proactive commitment and focus.

As an example of our continued commitment, in September 2020 the firm received Mansfield 3.0 certification. Inspired by the NFL's Rooney Rule, the Mansfield Rule measures whether law firms have affirmatively considered at least 30 percent women, lawyers of color, lawyers with disabilities, and LGBTQ+ lawyers ("historically underrepresented lawyers") for significant leadership roles and activities in the firm.




## LOCATIONS

| | |
|---|---|
| **New York** | **London** |
| **Albany** | **Los Angeles** |
| **Armonk** | **Miami** |
| **Fort Lauderdale** | **San Francisco** |
| **Hollywood, Fla.** | **Washington D.C.** |
| **Las Vegas** | |





www.bsfllp.com

**EXHIBIT B**



# CLASS ACTION PLAINTIFF

**Boies Schiller Flexner has a proven track record of achieving impressive victories on behalf of plaintiffs in high stakes class litigation.**

The firm handles a multitude of class action cases. Our unique experience of representing both defense and plaintiff classes allows for a particular advantage, resulting in favorable outcomes for our clients. The firm's work includes a broad range of representing plaintiff classes in consumer cases, antitrust, securities fraud, and employment cases. Our lawyers work efficiently and strategically at all stages of litigation to obtain meaningful recoveries. When trial threatens, our track record of success in the courtroom serves as an effective spur to negotiation.

## REPRESENTATIVE MATTERS

- **Takata Airbags:** Obtained $1.5 billion in settlements with auto manufacturers in multidistrict litigation over defective airbags supplied by Takata
- **Volkswagen:** Represented a nationwide class of consumers suing Volkswagen for knowingly installing software designed to cheat emissions tests in order to deceive federal and state regulators, resulting in a nearly $20 billion settlement
- **Blue Cross Blue Shield Antitrust Litigation:** Served as lead counsel in a multidistrict class action case challenging the territorial restrictions and most favored nation status used by Blue Cross entities across the country; plaintiffs allege that Blue Cross and Blue Shield licensing agreements restrict competition in violation of the Sherman Act and state antitrust laws; we currently have preliminary approval for a $2.67 billion settlement
- **1-800 Contacts:** Reached a $15.1 million settlement with 1-800 Contacts Inc, the largest online seller of contact lenses and the last defendant in a class action lawsuit alleging 1-800 Contacts and several other defendants violated Section 1 of the Sherman Act by entering into illegal, written agreements to suppress internet advertising
- **Au Pair Class Action:** Represented plaintiffs in a nationwide class action alleging violations of state and federal employment laws, as well as antitrust and state unfair competition laws; successfully obtaining a $65.5 million settlement on behalf of the class, which amounted to the largest employment law settlement of the year
- **Anwar v. Fairfield:** Acted as co-lead counsel in the most successful shareholder class action recovery for investors in the Bernard Madoff Ponzi scheme resulting in more than $235 million in recovery for investors
- **Florida Children on Medicaid:** Led a 10-year pro bono case brought on behalf of the more than 2 million Florida children that, after a 93 day federal trial, resulted in a sweeping favorable decision, and led to improved medical and dental care for the children on Medicaid
- **Epipien Class Action:** Represented consumer plaintiffs in an antitrust class action against Mylan for anticompetitive actions to inflate Epipen pricing

## CONTACT



Adam R. Shaw
Partner
Albany
518 694 4227
ashaw@bsfllp.com



Jenna C. Smith
Associate
Albany
518 694 4257
jsmith@bsfllp.com