

# Firm Profile

Since its founding, Kramon & Graham has been involved in some of Maryland's highest profile matters. When litigation concerns substantial economic claims, serious allegations of violations of federal criminal law, or important matters of public policy, chances are good that Kramon & Graham has been retained to represent a party in interest. The same is true in the context of important real estate development projects, like the redevelopment of the Clipper Mill industrial site, and insurance coverage issues of national importance, such as coverage for asbestos and construction claims.

We are privileged to represent some of the largest and most respected organizations and business leaders in the nation. Our lawyers have in-depth experience in a broad range of industries and practice areas in matters involving sophisticated business transactions and complex commercial, civil, and criminal litigation. As a firm, we have a well-established reputation for achieving client objectives effectively and efficiently, and a shared commitment to putting clients first.

Our work has drawn national and international attention from *Chambers USA, Benchmark Litigation, Best Lawyers, Martindale Hubbell, Super Lawyers,* and other publications that rank and evaluate law firms. Through careful hiring practices, we have built a team that is highly collaborative and client-focused and that sets the bar for legal professionalism, diligent preparation, and hard work.

At the heart of the firm's culture is a strong sense of community service. We are fully committed to enhancing the economic vitality and cultural vibrancy of our community and enriching the quality of life for all who live and work here. We actively support efforts to improve social justice, social services, and cultural enrichment. Our lawyers serve in leadership roles on civic and social services boards and initiatives, including the Equal Justice Council, Maryland Legal Services Corporation, Maryland Food Bank, The Associated, The CollegeBound Foundation, WYPR, and CASA of Baltimore, to name only a few.

### Diversity & Inclusion

Kramon & Graham attorneys come from varied backgrounds, with each person bringing a unique perspective and point of view. We know that diversity strengthens us as a firm. We recognize that by creating teams with diverse characteristics -- race, gender, physical ability, sexual orientation, or other -- we create an atmosphere of innovative thinking and problem solving that benefits our clients, builds collaboration and collegiality, and enriches us individually. We actively recruit and encourage diversity in our hiring process and strive for diversity in recruitment efforts at law schools, decisions related to lateral hiring, and our general employment practices.

### In Support of Women

Kramon & Graham is committed to securing the full and equal participation of women in all aspects of the firm. In 1985, we were among the first law firms in the region to promote women into the ranks of firm partnership. Women sit on high profile, influential committees within the firm and chair or co-chair many of the firm's practice groups. Kramon & Graham's progressive culture fosters strong female leadership. We are committed to the advancement of gender equality within our workplace and the greater community.



# James P. Ulwick

**Principal**

T. 410-347-7426
F. 410-539-1269
E. julwick@kg-law.com



"Attracts praise for his expert handling of large-scale class actions for both defense and class-side clients, while also drawing on significant experience in white-collar criminal defense proceedings. An outstanding litigator, a fantastic trial lawyer."

- *CHAMBERS USA*

---

Jim Ulwick is recognized as one of Maryland's most highly-skilled trial attorneys. His wide-ranging practice includes criminal and civil litigation of many kinds. Jim has successfully tried cases throughout the country. His trial victories include high-stakes cases involving claims of legal malpractice; criminal misconduct by bank officers; breaches of complicated contracts, employment agreements, and land deals; serious personal injuries; RICO violations; securities violations; medical malpractice; and injuries from toxic torts, to name only a few. Jim has a national reputation for handling significant class-action cases in diverse industries on both the defense and class sides.

Jim spent six years as an Assistant United States Attorney – three in the District of New Jersey and three in the District of Maryland. During his years as a federal prosecutor, Jim tried numerous cases, including the prosecutions of defendants charged with labor racketeering, political corruption, and other violations of federal criminal law. Jim also served as a judicial clerk for the Honorable Edward S. Northrop of the United States District Court for the District of Maryland.

According to the legal ranking guide *Chambers USA,* Jim is "a tenacious courtroom advocate and very strategic thinker, and among the most accomplished civil and criminal orators and trial attorneys."

## Recognition

## Practices

**Commercial Litigation**

**Class Action**

**Internal Investigations**

**Criminal Defense**

**COVID-19 Resource Group**

**Personal Injury**

**IP Litigation**

**Professional Liability**

**Alternative Dispute Resolution**

## Education

The Catholic University of America Columbus School of Law (J.D.)

University of Massachusetts (B.A., *cum laude*)

## Admissions

Maryland

District of Columbia

United States District Court for the District of Maryland

United States District Court for the District of Columbia

United States District Court for the Western District of Texas

United States Court of Appeals for the Second Circuit

United States Court of Appeals for the Third Circuit

United States Court of Appeals for

Recognized in *Chambers USA*, Litigation: General Commercial, Maryland, since 2006

Recognized in Benchmark Litigation, "Local Litigation Star," Commercial Litigation and Health Care, since 2011

Listed in *The Best Lawyers in America* for Commercial Litigation, since 1993; named Baltimore "Lawyer of the Year" for Criminal Defense: White-Collar, 2019; Bet-the-Company Litigation, 2016; Commercial Litigation, 2016; White-Collar Criminal Defense, 2011

AV® Preeminent™ Peer Review Rated by *Martindale-Hubbell*

Selected for inclusion in Maryland *Super Lawyers*, since 2007; regularly ranked as one of Maryland's Top 50 attorneys

the Fourth Circuit

United States Court of Appeals for the Federal Circuit

United States Tax Court

United States Court of Federal Claims

Supreme Court of the United States

## Memberships

American College of Trial Lawyers, Fellow

Bar Association of Baltimore City

District of Columbia Bar Association

Fourth Circuit Judicial Conference, Permanent Member

Maryland State Bar Association

## Clerkships

Honorable Edward S. Northrop, United States District Court for the District of Maryland

## Events

Co-presenter, "One Day Boot Camp Trial Training," Legal Services Advocates Trial Skills Program, American College of Trial Lawyers, ABA Litigation Section, MSBA Litigation Section, FBA - Maryland Chapter, and Maryland Legal Aid, 2017

## Representative Matters

Represented plaintiffs in a nationwide class action product defects lawsuit against Viking Group, Inc. in a suit alleging a defect in the Viking VK457 sprinkler system. The suit settled on favorable terms for the class. The case is *Jackson, et al. v. Viking Group, Inc., et al.*, No. 8:18-cv-02356-PJM (D. Md.).

Served as defense counsel in a bilateral class action in the Circuit Court for Montgomery County involving violations of the Maryland Towing Act and related claims. After a successful mediation in 2017, a settlement resolving a substantial number of the claims at issue was approved by the Court. In 2018 and 2019, motions for summary judgment were briefed and the parties engaged in a second mediation. Ultimately the class requested, and the court approved, a significantly reduced settlement demand to individual class members.

Represented shareholders of a now-defunct medical software company against certain directors and officers to recoup the shareholders' significant investments. In addition to the complaint filed on behalf of the investor group, also represented the bankruptcy trustee of the company as the plaintiff in a related case. In the parallel lawsuits in D.C. Superior Court, the Kramon & Graham team withstood a personal jurisdiction challenge and conducted national discovery, and obtained a settlement that was ultimately approved by the Bankruptcy Court.