# MarcusBonsib, LLC
*A Litigation Law Firm*

*Office:* **301-441-3000**

[Home](#) → [Person](#) → Marcus, Bruce L. Esq.



## Bruce L. Marcus Esq.
### Partner

**Location :**

**Phone :**
(301) 441-3000

**Fax :**
301-441-3003

**Email :**
[Email me]

### About Bruce L. Marcus, Esq.

Bruce L. Marcus, Esq. has over 25 years litigation experience. He served as a public defender, counsel to local and state government and as an associate in a general practice law firm prior to forming MarcusBonsib, LLC in 1990. Bruce L. Marcus is a Fellow of the American College of Trial Attorneys and AV rated by Martindale-Hubbell. He has been appointed by the Court of Appeals to serve on its Character Committee. From 1986 through 1998 he served as a member of the Attorney Grievance Commission Inquiry Panel. He was twice elected by the local bar membership to

**EXHIBIT D**

serve as its representative on the Governor's Judicial Trial Courts Nominating Commission.  He served as Special Counsel to Prince George's County, Maryland from 1988 through 1994 and was a Senior Trial Attorney in the Office of the Public Defender for Prince George's County from 1980 through 1988.  He has served on the Faculty at Prince George's Community College and as a Member of the Board of Regents for the University of Maryland.  He regularly handles criminal and civil matters in local, state and federal courts.

### *About MarcusBonsib, LLC*

**MarcusBonsib, LLC** is a litigation law firm with over 60 years of litigation experience.  Founded in 1990 by partners, Bruce L. Marcus, Esq. and Robert C. Bonsib, Esq., its attorneys have extensive trial and appellate experience gained as federal and state prosecutors, public defenders and as counsel to local government.  They are seasoned litigators with experience in handling both complex and routine civil and criminal matters.  Bruce L. Marcus, Esq. and Robert C. Bonsib, Esq. are both Fellows of the American College of Trial Attorneys and are both AV rated by Martindale-Hubbell.  The Firm's attorneys are active in local and federal court and bar association activities and have been appointed by local and federal courts and by bar associations to serve on a variety of court and bar committees. ***For More Information About Bruce L. Marcus, Esq. and  MarcusBonsib, LLC, please go to***  www.marcus-bonsib.com

## Areas of Practice
Civil Litigation
Business Law
Contracts
Federal & State Criminal Defense
Personal Injury
Family Law
Appeals

## Bar Admissions
Maryland, 1979
U.S. District Court of the District of Columbia
U.S. District Court District of Maryland, 1979
U.S. Court of Appeals 4th Circuit, 1992

## Education
Maryland, 1979

U.S. District Court of the District of Columbia
U.S. District Court District of Maryland, 1979
U.S. Court of Appeals 4th Circuit, 1992

## Honors and Awards

"AV" rated by Martindale-Hubbell
American College of Trial Lawyers, Fellow
Top Maryland Lawyer - Super Lawyers
"Litigator of the Year" Award (2017–2018), Maryland State Bar Association, Litigation Section
Character Committee, Maryland Court of Appeals
Trial Court Nominating Commission, Bar Membership

## Professional Associations and Memberships

University of Maryland Board of Regents, Member, 2001 to 2003
Maryland State Democratic Party, Counsel
Prince George's County Government, Special Counsel, 1988 to 1994
Attorney Grievance Committee Inquiry Panel, Member, 1986 to 1998
Office of the Public Defender for Prince George's County, Senior Trial Attorney, 1980 to 1988
American Association for Justice, Member
Maryland Criminal Defense Attorneys Association, Member
National Association of Criminal Defense Lawyers, Member
Prince George's County Bar Association, Member
Montgomery County Bar Association, Member
Maryland State Bar Association, Member
American Bar Association, Member

## Bruce's Awards & Associations





