IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 8:21-cv-299 |

## APPLICATION FOR APPOINTMENT OF HASSAN A. ZAVAREEI AS INTERIM CLASS COUNSEL, AS PART OF THE *VINSANT-DOE* SLATE

Within weeks of US Fertility's notice that hackers had acquired sensitive personal and medical information about its patients, attorneys representing Alec and Marla Vinsant and Jane and John Doe filed the first two lawsuits against US Fertility in this Court. *See Vinsant et al. v. US Fertility, LLC* ("*Vinsant*"), No. TDC-21-225 (filed Jan. 26, 2021); *Doe et al. v. US Fertility, LLC* ("*Doe*"), No. PWG-21-248 (filed Jan. 28, 2021). Gayle M. Blatt, David M. Berger, and Nikoletta Sara Mendrinos represent the Vinsants; John A. Yanchunis and Hassan Zavareei represent the Does.

Mr. Zavareei respectfully requests that, pursuant to Fed. R. Civ. P. 23(g), the Court appoint him, along with Mr. Yanchunis, Ms. Blatt, and Mr. Berger as Interim Class Counsel, and Ms. Mendrinos as liaison counsel (the "*Vinsant-Doe* Slate"). The *Vinsant-Doe* Slate is comprised of a highly accomplished, cohesive, and diverse group of lawyers who are "best able to represent the interests of the class," Fed. R. Civ. P. 23(g)(2). In the event the Court elects not to select the *Vinsant-Doe* Slate in its entirety, Mr. Zavareei independently requests that he be appointed as interim co-lead counsel.

**ARGUMENT**

I. **The *Vinsant-Doe* proposed leadership structure will benefit the class.**

The complex nature of this case demands a coalition of top-tier lawyers. The members of the *Vinsant-Doe* Slate are experienced practitioners in the area of privacy and data breach litigation. And the *Vinsant-Doe* Slate presents a streamlined structure that spreads litigation risk and ensures adequate resources for protracted and expensive litigation.

Appointment of the *Vinsant-Doe* Slate will benefit the class because the slate members have already shown that they can self-regulate internally without involvement of the Court. *See* Rule 23(g)(A) and Manual for Complex Litigation (4th) § 14.211. Each firm shall manage a different aspect of the case. Mr. Zavareei will manage legal issues and briefing motions, an area in which his firm's highly credentialed attorneys excel. Mr. Zavareei is an accomplished appellate lawyer who has won appeals in the Fourth Circuit, Fifth Circuit, Ninth Circuit, the District of Columbia Circuit, and numerous state appellate courts. Mr. Zavareei will be aided in his role by Dia Rasinariu of Tycko & Zavareei LLP, who is a Harvard Law School graduate and former law clerk to the Honorable Diana Gribbon Motz.

Mr. Yanchunis will use his extensive experience leading data breach cases to work with the experts necessary to a case of this nature. Ms. Blatt will lead plaintiff vetting, drafting the Consolidated Complaint, and managing defensive discovery. Mr. Berger will take the lead on offensive discovery. As Liaison Counsel, Ms. Mendrinos will facilitate filings and ensure compliance with the local rules and practices of this Court. This distribution of labor will ensure that the case is litigated efficiently and effectively. Consistent with the Duke Law Center for Judicial Studies Standards and Best Practices for Large and Mass-Tort MDLs, Mr. Zavareei urges the Court to appoint this "experienced slate of attorneys." Diverse in race, gender, and experience level, the *Vinsant-Doe* Slate will "fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds."

**II.     Mr. Zavareei is well qualified to lead this litigation.**

Over his two-decade career as a class action attorney, Mr. Zavareei has distinguished himself in the areas of consumer fraud, unfair and deceptive business practices, and privacy law. A collaborative leader with a track record of working with diverse groups to obtain outstanding results for his clients, Mr. Zavareei has recovered hundreds of millions of dollars for consumers across the country. He has substantial experience handling class actions and complex litigation and is knowledgeable in the applicable law. *See* Fed. R. Civ. P. 23(g)(1)(A)(ii)-(iii). A detailed resume is attached as **Exhibit A**.

Mr. Zavareei is leading several other data privacy cases in state and federal courts across the country. For example, Mr. Zavareei is interim co-lead counsel in consolidated litigation against Ring LLC, representing consumers whose homes were virtually invaded after hackers gained unauthorized access to their Ring indoor security cameras and used them to spy on Ring's customers. *See* Minute Order, *In re Ring LLC Privacy Litigation*, No. 2:19-cv-10899-MWF-RAO (C.D. Cal.), ECF No. 64. Mr. Zavareei also currently serves as co-interim-lead counsel in *In re Luxottica of America, Inc. Data Security Breach Litigation*, No. 1:20-cv-00908-MRB (S.D. Ohio), a case involving a data breach of Luxottica's network of eye care centers, in which hackers obtained access to sensitive personal identifiable information, including health insurance and protected medical information. And Mr. Zavareei served as local counsel in this district and in the Fourth Circuit in the seminal data breach case brought against the National Board of Examiners in Optometry, Inc. after optometrists from across the country began experiencing various types of identity theft and fraud. *Hutton, et al. v. National Board of Exam'rs in Optometry, Inc.*, No. 1:16-cv-03025- JKB (D. Md.); *see also Hutton v. Nat'l Bd. of Exam'rs in Optometry*, Inc., 892 F.3d 613 (4th Cir. 2018) (holding plaintiffs had alleged sufficient injury-in-fact for Article III standing).

Mr. Zavareei has also been appointed lead counsel or co-lead counsel in dozens of consumer class actions. In his first MDL leadership role, Mr. Zavareei was appointed lead counsel in *In re Higher One Account Marketing & Sales Practices Litigation*, No. 12-md-02407 (D. Conn.). Mr. Zavareei settled that case for substantial business changes and a $15 million common fund. Mr. Zavareei also served on the Executive Committee in MDL litigation against TD Bank—which received final approval for a $70 million settlement. Final Order and Judgment, *In re TD Bank, N.A. Debit Card Overdraft Fee Litigation*, No. 15-mn-02613 (D.S.C.) (ECF No. 233). As co-lead in *Farrell v. Bank of America*, Mr. Zavareei secured a class settlement valued at $66.6 million along with approximately $1 billion in injunctive relief. *Farrell v. Bank of Am. Corp., N.A.*, 827 F. App'x 628, 630–31 (9th Cir. 2020) ("[C]lass counsel demonstrated tenacity and great skill, achieving a remarkable result in a hard-fought battle despite an adverse legal landscape and the substantial risk of non-payment." (cleaned up)). As co-lead counsel in *Vergara v. Uber Technologies*, a nationwide class action under the TCPA, Mr. Zavareei secured a $20 million common fund class settlement. *Vergara v. Uber Technologies, Inc.*, No. 1:15-cv-06972 (N.D. Ill.). Mr. Zavareei's litigation skills and leadership have resulted in hundreds of millions of dollars in common fund class settlements. *See also, e.g.*, *Duval v. Citizens Financial Group, Inc.*, No. 10-cv-21080 (S.D. Fla.) ($137.5 million common fund settlement: "Class Counsel undertook a risky and undesirable case and, through diligence, perseverance and skill, obtained an outstanding result. They are to be commended. . . . [A]n extraordinary group of lawyers was required to prosecute this case. . . . Class Counsel's efforts in pursuing and settling these consumer claims were, quite simply, outstanding.").

In recognition of his expertise in class action litigation, Mr. Zavareei was called upon to testify before the Civil Rules Advisory Committee about recent amendments to Rule 23. He also recently testified before the House Judiciary Committee regarding the TCPA, arguably the nation's most important privacy statute. Mr. Zavareei is on the Executive Committee of the Board of Directors of

Public Justice, P.C., the Partners Council of the National Consumer Law Center, and served as an editor of Duke Law School's Guidance on New Rule 23 Class Action Settlement Provisions.

As a first-generation Iranian-American, Mr. Zavareei would bring ethnic diversity to the *Vinsant-Doe* slate. In addition, Tycko & Zavareei LLP is a leader in diversity in the legal profession. Among its sixteen attorneys, twelve are women (including seven of the firm's nine partners), five are people of color, and several identify as LGBTQ. Mr. Zavareei resides in this district and he and his colleagues regularly appear before this Court. Mr. Zavareei's commitment to the public interest, expertise in consumer protection and privacy law, willingness to think outside the box, and enthusiasm for novel case theories make him well qualified to lead this litigation.

Already Mr. Zavareei has demonstrated his leadership by coordinating with the other plaintiffs' attorneys, as well as defense counsel, to consolidate all pending cases before this Court and to create a roadmap for litigation. This involved drafting the parties' joint response regarding case management and negotiating revisions to the case management plan with attorneys from over a dozen law firms.

**III.     Mr. Zavareei will contribute the resources necessary for the litigation.**

The *Vinsant-Doe* Slate is made up of well-established, successful law firms with the financial resources to pursue a case of this magnitude. Mr. Zavareei's firm has never used third-party financing and will not do so here. Together with the *Vinsant-Doe* Slate, Mr. Zavareei will devote the resources necessary to zealously represent the Class. *See* Fed. R. Civ. P. 23(g)(1)(A)(iv).

**CONCLUSION**

The *Vinsant-Doe* Slate shares a willingness to advance the litigation and works cooperatively with others. They are the best team to ensure the effective representation of the proposed classes. Thus, Mr. Zavareei respectfully requests that the Court appoint him and the rest of the *Vinsant-Doe* Slate as Interim Class Counsel. In the alternative Mr. Zavareei respectfully requests that the Court appoint him as Lead Counsel.

Dated: March 30, 2021                    Respectfully submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (Bar No. 18489)
Dia Rasinariu  (Bar No. 20031)
TYCKO & ZAVAREEI LLP
1828 L St NW Ste 1000
Washington, DC 20036
Tel: (202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com