# EXHIBIT A



**WASHINGTON DC**
1828 L Street, NW | Suite 1000
Washington, DC 20036
202.973.0900
www.tzlegal.com

**CALIFORNIA**
The Tower Building
1970 Broadway | Suite 1070
Oakland, CA 94612
510.254.6808

## **TYCKO & ZAVAREEI LLP**

Tycko & Zavareei LLP was founded in 2002 when Jonathan Tycko and Hassan Zavareei left the large national firm at which they both worked to start a private public interest law firm. Since then, a wide range of clients have trusted us with their most difficult problems. Those clients include individuals fighting for their rights, tenants' associations battling to preserve decent and affordable housing, consumers seeking redress for unfair business practices, whistleblowers exposing fraud and corruption, and non-profit entities and businesses facing difficult litigation.

Our firm's practice focuses on complex litigation, with a particular emphasis on consumer and other types of class actions, and *qui tam* and False Claims Act litigation. In our class action practice, we represent consumers who have been victims of corporate wrongdoing. Our attorneys bring a unique perspective to such litigation because many of them trained at major national defense firms where they obtained experience representing corporate defendants in such cases. This unique perspective enables us to anticipate and successfully counter the strategies commonly employed by corporate counsel defending class action litigation. Our attorneys have successfully obtained class certification, been appointed class counsel, and obtained approval of class action settlements with common funds totaling over $500 million.

Tycko & Zavareei LLP's sixteen attorneys graduated from some of the nation's finest law schools, including Harvard Law School, Columbia Law School, and the University of Michigan Law School. They have served in prestigious clerkships for federal and state trial and appellate judges and have worked for low-income clients through competitive public interest fellowships. The firm's diversity makes it a leader amongst its peers, and the firm actively and successfully recruits attorneys who are women, people of color, and LGBTQ. To support its mission of litigating in the public interest, Tycko & Zavareei LLP offers a unique public interest fellowship for recent law graduates. Tycko & Zavareei LLP's attorneys practice in state and federal courts across the nation.



### **HASSAN A. ZAVAREEI**

Mr. Zavareei has devoted the last eighteen years to recovering hundreds of millions of dollars on behalf of consumers and workers. He has served in leadership roles in dozens of class action cases and has been appointed Class Counsel on behalf of numerous litigation and settlement classes. An accomplished and experienced attorney, Mr. Zavareei has litigated in state and federal courts across the nation in a wide range of practice areas; tried several cases to verdict; and successfully argued numerous appeals.

Mr. Zavareei graduated *cum laude* from Duke University in 1990 with degrees in Comparative Area Studies and Russian. He earned his law degree from the University of California, Berkeley School of Law in 1995, where he graduated as a member of Order of the Coif. After graduating from Berkeley, Mr. Zavareei

joined the Washington, D.C. office of Gibson, Dunn & Crutcher LLP. There, he managed the defense of a nationwide class action brought against a major insurance carrier, along with other complex civil matters. In 2002, Mr. Zavareei founded Tycko & Zavareei LLP with his partner Jonathan Tycko.

Mr. Zavareei has served as lead counsel or co-counsel in dozens of class actions involving deceptive business practices, defective products, and/or privacy. He has been appointed to leadership roles in multiple cases. As Lead Counsel in an MDL against a financial services company that provided predatory debit cards to college students, Mr. Zavareei spearheaded a fifteen-million-dollar recovery for class members. He is currently serving as Co-Lead Counsel in consolidated proceedings against Fifth Third Bank, and on the Plaintiffs' Executive Committee in MDL litigation against TD Bank. As Co-Lead Counsel in *Farrell v. Bank of America*, a case challenging Bank of America's punitive overdraft fees, Mr. Zavareei secured a class settlement valued at $66.6 million in cash and debt relief, together with injunctive relief forcing the bank to change a practice that will save millions of low-income consumers approximately $1.2 billion in overdraft fees. In his Order granting final approval, Judge Lorenz of the U.S. District Court for the Southern District of California described the outcome as a "remarkable" accomplishment achieved through "tenacity and great skill."

## REPRESENTATIVE CLASS ACTION LITIGATION

- *Vergara v. Uber Technologies, Inc.*, **No. 1:15-cv-06972 (N.D. Ill.).** Mr. Zavareei served as Co-Lead Counsel in this case under the Telephone Consumer Protection Act, in which he obtained a class settlement of $20 million.

- *In re Fifth Third Early Access Cash Advance Litigation*, **No. 1:12-cv-00851 (S.D. Ohio).** Mr. Zavareei was appointed Co-Lead Counsel in these consolidated payday lending cases, which are in discovery after a successful appeal before the Sixth Circuit.

- *Farrell v. Bank of America, N.A.*, **No. 16-cv-000492 (S.D. Cal.).** As Co-Lead Counsel, Mr. Zavareei obtained a settlement valued at $66.6 million plus injunctive relief valued at $1.2 billion.

- *In re Luxottica of America Inc. Data Breach Security Breach Litigation*, **No. 20-cv-00908-MRB (S.D. Ohio).** Mr. Zavareei has been appointed as co-interim-lead counsel; litigation is ongoing.

- *In re Ring LLC Privacy Litigation*, **No. 19-cv-10889-MWF-RAO (C.D. Cal.).** Mr. Zavareei has been appointed as co-interim-lead counsel; litigation is ongoing.

- *In re TD Bank, N.A. Debit Card Overdraft Fee Litigation*, **No. 15-mn-02613 (D.S.C.).** Mr. Zavareei is serving on the Plaintiffs Executive Committee in this case challenging TD Bank's overdraft fee practices. Mr. Zavareei assisted in obtaining a $70 million class settlement.

- *In re Higher One Account Marketing & Sales Practices Litigation*, **No. 12-md-02407 (D. Conn.).** As Lead Counsel, Mr. Zavareei helped secure a $15 million common fund settlement with significant changes to business practices for illegal debit card fees.



- *Duval v. Citizens Financial Group, Inc.*, **No. 10-cv-21080 (S.D. Fla.).** Mr. Zavareei was appointed Class Counsel and obtained a common fund settlement of $137.5 million.

- *In re American Psychological Association Assessment Fee Litigation*, **No. 10-cv-01780 (D.D.C.).** Mr. Zavareei served as Co-Lead Counsel in this case challenging the APA's deceptive fee practices, and achieved a $9.02 million common fund settlement for the class.

- *Lloyd v. Navy Federal Credit Union*, **No. 17-cv-1280 (S.D. Cal.).** As Co-Lead Counsel, Mr. Zavareei helped secure a $24.5 million common fund settlement on behalf of a class of NFCU customers harmed by the credit union's overdraft fee practices.

- *Morgan v. Apple, Inc.*, **No. 17-cv-5277 (N.D. Cal.).** Mr. Zavareei is Lead Counsel in this class action challenging Apple's deceptive marketing of Powerbeats headphones. The $9.75 million common fund settlement was recently approved.

- *Wallace v. Wells Fargo Bank, N.A.*, **No. 17CV31775 (Sup. Ct. Ca., Santa Clary Cty.).** Mr. Zavareei is serving as Co-Lead Counsel in this case against Wells Fargo's overdraft fee practices. Mr. Zavareei's team defeated a motion to compel arbitration.

- *Roberts v. Capital One Financial Corporation*, **No. 16-cv-04841 (S.D.N.Y.).** As Co-Lead Counsel, Mr. Zavareei helped secure a $17 million settlement on behalf of Capital One customers forced to pay excessive overdraft fees.

- *Hawkins v. First Tennessee Bank, N.A.*, **No. CT-0040851-11 (Cir. Ct. Shelby Cty. Tenn.).** As Co-Lead Counsel, Mr. Zavareei helped obtain a class settlement of $16.75 million on behalf of bank customers harmed by First Tennessee's predatory overdraft fees.

- *Mascaro v. TD Bank, N.A.*, **No. 10-cv-21117 (S.D. Fla.).** Mr. Zavareei was appointed Class Counsel and was instrumental in obtaining a $62 million common fund on behalf of the class.

- *Trombley v. National City Bank*, **No. 10-cv-00232 (D.D.C.).** Mr. Zavareei served as Lead Counsel and obtained a $12 million common fund settlement on behalf of a class of consumers.

- *Taulava v. Bank of Hawaii*, **No. 11-1-0337-02 (Cir. Ct. of 1st Cir., Haw.).** As Co-Lead Counsel, Mr. Zavareei obtained a $9 million common fund for a class of customers who were harmed by Bank of Hawaii's overdraft fee practices.

- *Bodnar v. Bank of America, N.A.*, **No. 14-cv-3224 (E.D. Pa.).** Mr. Zavareei served as Co-Lead Counsel and obtained a $27.5 million class settlement and significant injunctive relief.

- *Hutton v. Nat'l Bd. of Exam'rs in Optometry, Inc.*, **892 F.3d 613 (4th Cir. 2018).** Mr. Zavareei served as local counsel.

* * *

Tycko & Zavareei LLP is proud of our public interest mission and the results we have achieved on behalf of our clients. More detailed biographies and information about the firm's attorneys and its mission of litigating in the public interest can be found on our website: www.tzlegal.com.