# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### *Southern Division*

| | |
|---|---|
| IN RE: US FERTILITY, LLC )<br>DATA SECURITY BREACH LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>ALL ACTIONS )<br>)<br>_____ ) | Master File No.: 8:21-cv-229 |

## MEMORANDUM IN SUPPORT OF GARY E. MASON
## FOR APPOINTMENT AS CO-LEAD COUNSEL

Counsel for Plaintiff Jira Churchill (8:21-cv-00370), express their support for Gary Mason, of Mason Lietz & Klinger, LLP, as Co-Lead Counsel in this matter. Counsel have had the privilege of working with Mr. Mason and his firm in a number of cases, including two of which were successfully resolved last year, and have been either preliminarily or finally approved. These matters include *Mowery v. St. Francis Healthcare Sys.*, 1:20-cv-00013-SRC (E.D. Mo., final approval granted, Dec. 12, 2020) and *Nelson, et al. v. Idaho Central Credit Union*, CV03-20-00831 (Bannock Cty, Idaho, preliminary approval granted Jan. 19, 2021).

In litigating multiple matters with Mr. Mason and his firm, we have seen nothing but the utmost skill, knowledge of data breach litigation, and professionalism – with both plaintiffs' co-counsel and with defense counsel. Accordingly, the Counsel in *Churchill* support Mr. Mason's application for a Co-Lead Counsel position in this matter.

Dated: March 30, 2021

By: */s/ Philip R. Robinson*
Phillip R. Robinson
CONSUMER LAW CENTER LLC
8737 Colesville road, Suite 308
Silver Spring, MD 20910
Ph: 301-488-1304
Email: phillip@marylandconsumer.com

Brandon M. Wise (*pro hac vice*)
PEIFFER WOLF CARR KANE & CONWAY, LLP
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4827
Email: bwise@peifferwolf.com

Joseph C. Peiffer (*pro hac vice*)
PEIFFER WOLF CARR KANE & CONWAY, LLP
1519 Robert C. Blakes Sr. Dr.
New Orleans, Louisiana 70130
Ph: 504-605-2234
Email: jpeiffer@peifferwolf.com

*Counsel for Plaintiff Jira Churchill*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: March 30, 2021 　　　　　　　　　　*/s/ Phillip R. Robinson*
　　　　　　　　　　　　　　　　　　　　　Phillip R. Robinson