IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. 8:21-cv-299 |

**APPLICATION FOR APPOINTMENT OF DAVID M. BERGER AS INTERIM CLASS COUNSEL, AS PART OF THE *VINSANT-DOE* SLATE**

When prospective parents eager to have a baby turn to fertility services, they are extremely vulnerable. They provide US Fertility and its partner clinics with some of their most personal and intimate information and trust that their doctors will keep that information private. US Fertility breached that trust, allowing professional cybercriminals to infiltrate its computer networks and roam undetected for an entire month, collecting sensitive information on thousands of individuals. The US Fertility data breach poses particularly serious risks to those individuals, who deserve the benefits of experienced counsel who can efficiently and collaboratively work to obtain the best results for their clients and members of the putative classes. Accordingly, David M. Berger respectfully requests that the Court appoint him, along with Gayle M. Blatt, John A. Yanchunis, and Hassan Zavareei, as Interim Class Counsel and Nikoletta Mendrinos, as Liaison Counsel (the Vinsant-Doe Group). Alternatively, Mr. Berger is willing to serve class members and the Court as Lead Counsel or in another role that the Court deems appropriate.

## ARGUMENT

**I.     The *Vinsant-Doe* Slate's proposed leadership structure will benefit the classes.**

While many knowledgeable and experienced attorneys likely will apply for leadership positions, the Vinsant-Doe Group offers several advantages unmatched by other groups. First, the Vinsant-Doe Group is structured to work in an efficient and effective manner, with designated attorneys responsible for overseeing distinct areas of the case. Mr. Berger will coordinate cybersecurity liability issues, including offensive discovery and working with cybersecurity experts. Ms. Blatt will take the lead on defensive discovery and preparing a consolidated complaint. Mr. Yanchunis will have overall responsibility for experts, with his particular expertise on damages issues. Mr. Zavareei will lead the law and briefing team. Ms. Mendrinos will act as liaison counsel, facilitating filings, ensuring compliance with the Court's local rules, and working with counsel who are not appointed to leadership roles. Vitally, the Group will work collaboratively to support one another in their respective areas of expertise. In our experience, the proposed flat leadership structure is an effective and efficient model for teams—like the Vinsant-Doe Group—that are comprised of experienced and knowledgeable professionals in their areas of expertise.

As each of the individual applications makes clear, the Vinsant-Doe Group combines unmatched expertise litigating complex data breach and privacy class actions with broad consumer class actions experience. Members of the Group have been driving forces behind dozens of successful data breach settlements, recovering hundreds of millions of dollars in monetary rewards to class members and forcing defendants to spend billions of dollars on security improvements. While there are likely to be many extremely experience and qualified

applicants for leadership positions in this case, the Vinsant-Doe Group's record of success in data breach cases distinguishes its application.

Finally, the Vinsant-Doe Group is a comprised of a diverse set of attorneys with a long history of working collaboratively with co-counsel and working civilly with opposing counsel.

II. **Rule 23(g)(1)(A)(i): Mr. Berger has performed substantial work investigating this case.**

Immediately upon learning of the US Fertility Data Breach, Mr. Berger, Ms. Blatt, and Ms. Mendrinos researched the key facts and legal theories that have been asserted in many of the complaints before this Court. This included reviewing the regulatory filings of US Fertility and its corporate affiliates, identifying statements about data privacy and security, and reviewing testimony of US Fertility witnesses in unrelated litigation to identify key admissions that will be as the litigation proceeds. Their *Vinsant*[1] complaint was very closely followed by Mr. Yanchunis and Mr. Zavareei's complaint in *Doe*.[2] The Vinsant-Doe Group's quick action favors their appointment. *See, e.g., Biondi v. Scrushy*, 820 A.2d 1148, 1159 (Del. Ch. 2003) (noting that courts will consider which action was filed first for lead counsel purposes where "there is a need for an objective tie breaker"). Since then, Mr. Berger has worked with co-counsel to prepare filings submitted to this Court and negotiate discuss coordination issues with opposing counsel.

III. **Rule 23(g)(1)(A)(ii) & (iii): Mr. Berger has significant experience and knowledge of the applicable law.**

Mr. Berger focuses his practice almost exclusively on data breach and privacy litigation and he has obtained substantial relief for consumers injured in some of the largest and most

---

[1] *Vinsant v. U.S. Fertility, LLC*, No. 8:2021-cv-00225 (D. Md.) (filed Jan. 26, 2021).
[2] *Doe v. U.S. Fertility, LLC*, No. 8:2021-cv-00248 (D. Md.) (filed Jan. 28, 2021).

sophisticated data breach and privacy class actions and MDLs. Mr. Berger currently serves as Interim Co-Lead counsel in the MGM Data Breach Litigation.[3] He also has served as a key member of the litigating team behind several of the largest and most complex consumer data breach case litigated to date. These include settlements in *In re Equifax., Consumer Data Security Breach Litigation* (largest data breach settlement every approved, currently on appeal before the 11th Circuit); [4] *In re Anthem, Inc. Data Breach* (when approved, the largest data breach settlement in history);[5] *In re Adobe Systems Inc. Privacy Litigation* (settlement approved providing complete relief to class members without releasing their claims);[6] *In re: Vizio Inc. Consumer Privacy Litigation* (final settlement approval granted July 31, 2019);[7] *In re Banner Health Data Breach Litigation* (final settlement approval granted, April 21, 2020)[8]; and *Fero v. Excellus Health Plan, Inc.* (class certification granted in part and litigation ongoing).[9]

Mr. Berger augments his litigation experience with a deep, technical understanding of cybersecurity—from hacking techniques, cybersecurity controls, industry standard IT practices, information security frameworks, and auditing processes to a thorough knowledge of security obligations under the HIPPA and HITECH Acts. He has deposed Chief Information Security Officers and information security professionals at Fortune 500 corporations, worked with expert witnesses on cutting-edge cybersecurity and damages theories, and supervised large-scale document review teams poring over millions of technical documents in a compressed timeframe.

---

[3] *In re MGM Resorts Int'l Data Breach Litig.*, No. 2:20-cv-00376-GMN-NJK (D. Nev.)
[4] *In re Equifax, Inc., Consumer Data Security Breach Litigation*, No. 1:17-md-2800-TWT (N.D. Ga.).
[5] *In re Anthem, Inc. Data Breach Litigation*, No. 15-md-02617 (N.D. Cal).
[6] *In re Adobe Systems Inc. Privacy Litig.*, No. 13-cv-05226-LHK (N.D. Cal.)
[7] *In re: Vizio Inc. Consumer Privacy Litigation*, No. 16-md-02693 (C.D. Cal.).
[8] *In re Banner Health Data Breach Litig.*, No. 16-cv-02696-PHX-SRB (D. Ariz.)
[9] *Fero v. Excellus Health Plan, Inc.*, No. 2015-cv-06569 (W.D.N.Y.).

Mr. Berger's understanding of cybersecurity and privacy is well-known in the plaintiffs' bar, and he is frequently called on to negotiate business practice changes in data breach settlements, often directly with the defendants' information security executives. In this role alone, he has obtained nearly two billion dollars in information security improvements to secure class members' data. He holds the Certified Information Privacy Technologist (CIPT) certification through the International Association of Privacy Professionals, a program primarily designed for career IT professionals, which reflects his ability to communicate directly with company witnesses, without the need for expert translation.

Outside of his litigation experience, Mr. Berger is an active member of the class action legal community, frequently speaking at conferences on data breach cases and other class action topics. Mr. Berger is Chair of the American Association for Justice's Consumer Privacy and Data Breach Litigation Group and is an active member of the Sedona Conference's Working Group 11 on Data Security and Privacy Liability.

**IV.    Gibbs Law Group has the necessary resources to devote to the case.**

Mr. Berger has the time and ability to zealously represent US Fertility class members, as he currently is serving in only one court-appointed leadership position. Mr. Berger also is a partner at Gibbs Law Group, a nationally-recognized law firm that has recovered billions of dollars for individuals across the country. Gibbs Law Group has (and will devote) the resources to independently fund this litigation and will not rely on any third-party litigation funding.

**CONCLUSION**

For the reasons set forth herein, Mr. Berger respectfully requests appointment as Interim Class Counsel along with the other members of the *Vinsant-Doe* Group.

Dated: March 30, 2021

Respectfully submitted,

/s/ David M. Berger
David M. Berger (*Pro Hac Vice*)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 110
Oakland, California 94612
T: 510-350-9700
F: 510-350-9701
dmb@classlawgroup.com