# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## *Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC DATA SECURITY LITIGATION | Master File No.: 8:21-cv-299-PJM |
| | TDC-21-225 |
| | PWG-21-248 |
| | PWG-21-370 |
| This Document Relates To: | PWG-21-404 |
| | PWG-21-466 |
| All Actions | PWG-21-496 |
| | TDC-21-646 |

## Application for Appointment of Gayle M. Blatt as Interim Class Counsel, as part of the *Vinsant-Doe* slate, or in the alternative, as Lead Counsel

Shortly after Defendant U.S. Fertility's lax data security practices allowed thieves to steal highly private and sensitive information about U.S. Fertility's patients, Gayle M. Blatt, David Berger, and Nikoletta Mendrinos filed the first complaint in this now-consolidated matter, *Vinsant et al. v. US Fertility, LLC* ("*Vinsant*"), Case No. TDC-21-225 (filed Jan. 26, 2021). A few days later, John Yanchunis and Hassan Zavareei filed the second case, *Doe et al. v. US Fertility, LLC* ("*Doe*"), No. PWG-21-248 (filed Jan. 28, 2021). Collectively, these five attorneys—all national leaders in data security litigation—seek appointment as Interim Class Counsel under Fed. Rule Civ. Proc. 23(g). (the "*Vinsant-Doe* Slate").[1]

The *Vincent-Doe* slate comprises an experienced and diverse group of attorneys who have a proven track record of collaboration and who have expended considerable effort leading this litigation up to this point. See, *In re Warner Music Grp. Data Breach*, No. 20 CIV. 7473 (PGG), 2021 WL 725728, at *2

---

[1] Alternatively, if the Court elects not to appoint the *Vinsant-Doe* Slate, Ms. Blatt independently requests that she be appointed as Interim Lead Counsel.

(S.D.N.Y. Feb. 22, 2021) (appointing Ms. Blatt and another attorney from Mr. Yanchunis's firm as Lead Class Counsel in another data breach case because they were first to file, had devoted substantial effort to the case, and included "a 'diverse team of lawyers' who will 'represent[ ] the inevitable diversity of the Plaintiffs in this case....' "). Ms. Blatt, in particular, had this case investigated by a retired agent from the Federal Bureau of Investigation, spent countless hours speaking with and evaluating U.S. Fertility's customers, and consulted with and retained a leading cybersecurity expert. She has also coordinated her efforts with the other members of the *Vincent-Doe* slate, with whom she has excellent working relationships. Together, these attorneys are best able to represent the interests of the class under Rule 23(g).

### Argument

**A. Appointment of the *Vinsant-Doe* Slate Will Benefit the Class**

Large-scale data breach cases like this one are complicated affairs that mix cutting-edge and often thorny legal issues with expert-heavy and highly technical liability analyses and damage modeling. Ms. Blatt and the *Vinsant-Doe* Slate are up to those tasks. As shown by each of the individual applications submitted by the proposed slate members, the slate is composed of diverse, top data privacy practitioners, who have led some of the country's largest data privacy cases and have worked together effectively in the past. Here, these attorneys propose a leadership structure tailored to meet the needs of this litigation. To avoid duplication and promote efficiency, the *Vinsant-Doe* slate has preliminarily allocated the case responsibilitiesas follows:

- Gayle Blatt: Plainitff vetting and coordination, drafting the consolidated complaint, defensive discovery;
- David Berger: Offensive discovery and technical experts;
- John Yanchunis: Damage models and experts;
- Hassan Zavareei: Law and briefing;
- Nikoletta Mendrinos: Local counsel, liaison to the Court.

Ms. Blatt and the *Vinsant-Doe* Slate have already performed significant work advancing this litigation. Upon initially learning of the breach, Ms. Blatt and her team used the skills of a retired FBI agent to investigate and develop the facts surrounding the breach. Ms. Blatt and her team consulted with the agent, performed the necessary legal research, prepared a complaint, and filed the first complaint against Defendant U.S. Fertility on January 26, 2021. Ms. Blatt and her firm have invested well over 100 hours in initiating and consolidating this litigation, conducting investigation into the facts surrounding the breach, speaking with affected individuals and potential class representatives from various parts of the country and fielding calls and answering questions from numerous other affected class members. Ms. Blatt and the *Vinsant-Doe* Slate have also consulted with nationally known and impeccably credentialed cybersecurity experts, and retained one, to advance the interests of the Plaintiffs and the putative class here.

And as to the particular roles agreed on here, Ms. Blatt is uniquely qualified to work on class representative communication, preparation of the Consolidated Complaint, and defensive discovery. Over the years, Ms. Blatt and her team have spoken to and vetted thousands of vicitms who have suffered data breaches and other privacy violations.[2] Because of that experience, she and her team have an understanding of all aspects of potential issues they face, and know how to shepherd them through the class action and data breach litigation process.[3]

Ms. Blatt and her team also have extensive experience working with plaintiffs on defensive discovery, and Ms. Blatt has prepared and defended hundreds of plaintiffs in deposition. Likewise, Ms. Blatt led the drafting of the consolidated complaint in the *Yahoo!* and recently worked on the

---

[2] Ms. Blatt's team speaks or has an understanding of eight different languages, so they have the ability to communicate with diverse plaintiffs who have been harmed. In fact, Ms. Blatt's team identified and resolved a data breach claim for a class of residents of Israel.

[3] Ms. Blatt and her team have a deep understanding about harm suffered by plaintiffs who have suffered health care related data breaches. Her partner P. Camille Guerra, who has vetted plaintiffs for this litigation, has a Master's of Advanced Studies in health policy and law, and has written about the intersection of same.

*Warner Music Group* data breach litigation identified below and understands unique California privacy laws, including California medical privacy laws.

**B. Ms. Blatt has the skill, experience, and knowledge of the applicable law to effectively lead this litigation**

Ms. Blatt chairs Casey Gerry's Complex Litigation Practice Group, a diverse team[4] of experienced class action professionals. Ms. Blatt is recognized across the country as a well-established data breach litigation attorney, having been apointed to lead or help lead the charge in *In re: Yahoo! Inc. Customer Data Security Breach Litigation*, Case No. 16-MD-02752, the largest data breach in the world that resulted in a common fund settlement of $117,500.000; *In re: Warner Music Group Data Breach*, Case No. 1:20-cv-07473-PGG (S.D.N.Y.) (Interim Co-lead Counsel); *Pfeiffer et al. v. RadNet, Inc.*, Case No. 2:20-cv-09553-RGK-SK (C.D. Cal.) (Interim Lead Counsel); *Adkins v. Facebook, Inc.*, Case No. 18-05982-WHA, (law and briefing committee); *In re: EyeMed Vision Care, LLC Data Security Breach Litigation;* (Plaintiff's Executive Committee): *In re: Citrix Data Breach Litigation*, Case No. 19-cv-61350-RKA (Settlement Class Counsel); *Madrid v. Golden Valley Health Centers*, Case No. 20-cv-01484 (Settlement Class Counsel -- preliminary approval granted)*; Sung et al., v. Schurman Fine Papers d/b/a Schurman Retail Group,* Case No. 17-cv-02760-LB (Settlement Class Counsel); and *In re: Sony Gaming Networks and Customer Data Security Breach Litigation*, Case No. 11-md-02258-AJB (Liaison Counsel).

Ms. Blatt serves in other leadership roles as well. Currently, some of her appointments include Plaintiffs' leadership committees in *In re: ZF- TRW Airbag Control Units Products Liability Litigation*, MDL No. 2905 (C.D. Cal)*; In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2828 (D. Or.), and she recently served on the Plaintiffs' Executive Committee

---

[4] *See* Duke Law Center for Judicial Studies, *Standards and Best Practices for Large and Mass-Tort MDLs* (Dec. 14, 2014) at p. 59 (in appointing leadership the "court should bear in mind the value of diversity of all types . . . [including] gender, race and national origin, age, and sexual orientation.").

in *In re: Apple Inc. Device Performance Litigation*, MDL No. 2827 (N.D. Cal.), culminating in a $300,000,000 settlement that received final approval this month. Highlights of Ms. Blatt's past experience includes successfully litigating *In re Volkswagen "Clean Diesel" Litigation* (settled for $14.7 billion); the *Audi CO2 Cases* (consolidated into the VW Clean Diesel case and settled for $96.5 million); *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation* (settled for over $307 million in compensation to the class members and an additional $239.5 million in extended warranty benefits); and *In re: Wells Fargo Collateral Protection Insurance Litigation* (settled for $423 million).

Ms. Blatt has trial experience, a multitude of class counsel appointments, and the demonstrated leadership skills needed to effectively prosecute this litigation.[5] Throughout her career, she has also forged excellent and ongoing working relationships with both plaintiff and defense counsel in this case and in the class action field. She is known not only for her zealous advocacy, but also her cooperative approach to litigation.

Ms. Blatt will fully commit to this litigation and carry out the crucial obligations owed to the Plaintiffs and the putative class. She would not submit this application without having first fully evaluated the responsibilities involved in leading the litigation and making sure she could fulfill her responsibilities as interim lead class counsel. In addition, here firm, Casey, Gerry, Schenk, Francavilla, Blatt & Penfield, LLP has twenty-one attorneys and a full complement of staff, including full-time investigative staff. Casey Gerry has been involved in high-profile litigation throughout its history, and has the financial resources necessary to prosecute prolonged class action litigation. Casey Gerry self-

---

[5] As set forth in more detail in Exhibit A, Ms. Blatt spends a considerable amount of time giving back to her community. She currently serves on the Board of Trustees of her alma mater, is on the board of a diverse bar organization, and is the immediate past President of the San Diego County Bar Foundation. She has been recognized with numerous awards including, being named to San Diego's Top 25 Female Attorneys, Top 10 San Diego Lawyers, Top 500 Influential Business Leaders, and three Outstanding Trial Lawyer awards from the Consumer Attorneys of San Diego.

funds all its litigation, and will do so here.

## Conclusion

For the reasons set forth herein, Ms. Blatt respectfully requests appointment as Interim Class Counsel along with other members of the *Vinsant-Doe* Slate or, in the alternative, as Interim Lead Counsel.

Dated: March 30, 2021  CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP

By:  /s/   Gayle M. Blatt
GAYLE M. BLATT
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
Email: gmb@cglaw.com

*Attorneys for Plaintiffs Alec Vinsant and Marla Vinsant*