# EXHIBIT A



CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP

110 Laurel St. San Diego, CA 92101 ● www.caseygerry.com

# FIRM OVERVIEW

Founded in 1947, San Diego based firm of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP "CaseyGerry" is one of the oldest plaintiffs' law firms in California and is nationally recognized. Our firm focuses on complex civil litigation, with an emphasis on consumer protection, class actions, product defect, pharmaceutical and serious personal injury matters. Our attorneys have held numerous leadership roles in coordinated cases at both the state and federal level. We have prosecuted a variety of consumer fraud, unfair business practices, TCPA, product defect, and other class action matters and complex mass torts. We have litigated cases against companies such as Volkswagen, Exxon, Amazon, Sony, Toyota, General Motors, AT&T, Mitsubishi, Fiat Chrysler, Bosch, Apple, Wells Fargo, Bank of America, American Express, Honda, Discover Financial Services, and Yahoo!, among others.

The firm has extensive experience in class action and complex litigation. Firm members have recently been appointed to serve as interim lead or co-lead counsel and to various leadership committees in nationwide data breaches cases. Firm members have also served on court-appointed leadership committees, including cases against the NFL, Volkswagen, Audi, Wells Fargo, Apple, Intel and Fiat-Chrysler.

Casey Gerry has a long history of giving back to the community. David S. Casey, Jr., then vice president of the Association of Trial Lawyers of America (now American Association for Justice), played a pivotal role in creating the 9/11 Victims Compensation Fund mandated by the U.S. Congress, and setting in place the largest pro bono program in the history of American jurisprudence, helping thousands of victims after 9/11. That program resulted in the compensation of several billion dollars successfully going to the families who lost loved ones on 9/11. Casey Gerry represented then Lt. Gov. Gray Davis in his private attorney general action against the tobacco industry. We were successful in obtaining a settlement of over $25 billion for the citizens of California, a. Our firm also was part of the trial team and played a leadership role in the Exxon Valdez litigation, which resulted in a $5 billion verdict. And recently, the firm obtained a first of its kind appellate victory against Amazon involving strict liability of online marketplaces.

The firm's experienced lawyers have earned numerous local, regional and national accolades and awards bestowed for professional success. Our lawyers have been president of, or currently hold, leadership positions and longtime affiliations with the California State Bar Association, American Association for Justice (AAJ, formerly known as American Trial Lawyers Association "ATLA"), Consumer Attorneys of California (CAOC), Consumer Attorneys of San Diego (CASD), San Diego County Bar Association, Lawyers Club of San Diego, California Women Lawyers, North County Bar Association, Korean American Bar Association San Diego, South Asian Bar Association of San Diego, Filipino American Lawyers of San Diego, and Tom Homann LGBT Law Association. Our partners have been elected to such prestigious organizations as the American Board of Trial Advocates, the International Academy of Trial Lawyers, and the International Society of Barristers. Four partners have served as president of the Consumer Attorneys of San Diego. Five of the firm's partners are

members of the American Board of Trial Advocates (ABOTA), and partner Frederick Schenk is President of the Executive Board of the San Diego chapter of ABOTA.

---

## CASEY GERRY'S COMPLEX LITIGATION PRACTICE GROUP ATTORNEYS

**Gayle M. Blatt**

Heading the firm's complex litigation practice group, Ms. Blatt concentrates her practice on data breach cases, consumer class actions, and pharmaceutical and medical device cases. She joined CaseyGerry more than 30 years ago and has become well known for representing injured clients and consumers in a wide range of high profile, multi-million-dollar cases.

Ms. Blatt has considerable experience in data breach cases, which include appointments as Interim Lead Counsel in *Pfeiffer et al v. RadNet, Inc*. and Interim Co-Lead Counsel in *In re: Warner Music Group Data Breach Litigation*. Additionally, she serves as Interim Class Counsel in *In re: Citrix Data Breach Litigation*. Recently, she was appointed to the Plaintiffs' Executive Committee in *In re: EyeMed Vision Care, LLC Data Security Breach Litigation*. Ms. Blatt was also appointed to the five-member PEC overseeing the class action litigation related to the massive Yahoo data breaches. She serves on a committee in the consolidated data breach class action *Adkins v. Facebook, Inc.* She previously served as Settlement Class Counsel in *Sung et al v. Schurman Fine Papers d/b/a Schurman Retail Group* and Liaison Counsel in *In re: Sony Gaming Networks and Customer Data Security Breach Litigation.* Ms. Blatt has been appointed to the Plaintiffs' Executive Committees in *In re: ZF- TRW Airbag Control Units Products Liability Litigation; In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, and *In re: Apple Inc. Device Performance Litigation*. She also currently serves as Co-Liaison Counsel in *In re: Incretin Mimetics Product Liability Litigation*, and served as Liaison Counsel in prominent cases such as *In re: Hydroxycut Marketing and Sales Practices Litigation*.

Ms. Blatt has received three Outstanding Trial Lawyer awards from the Consumer Attorneys of San Diego and has been named to San Diego's Top 25 Female Attorneys and the Top 10 San Diego Lawyers for 2019 and 2020 by *San Diego Super Lawyers*. Ms. Blatt was named one of San Diego's Best Attorneys of 2019 and 2021 by San Diego Daily Metro and one of San Diego's most influential women of 2018 by the San Diego Daily Transcript, one of the Top 50 Influential Professionals, San Diego Daily Transcript 2019 and named one of the Top 500 Influential Business Leaders, San Diego Business Journal 2019. She was named one of the 2019 and 2020 Lawdragon 500 Leading Plaintiff Consumer Lawyers and Ms. Blatt is listed annually in Best Lawyers.

For ten years, Ms. Blatt served on the Board of Directors of the Consumer Attorneys of San Diego and served as President of the organization in 2007. As President, she was honored as Trial Lawyer Association Chapter President of the Year by Consumer Attorneys of California. She received a President's Award from Consumer Attorneys of San Diego. Ms. Blatt currently serves on the Board of Trustees for her alma mater, California Western School of Law. She also serves on the board of the Tom Homann Law Association Foundation and is currently serving as the immediate past President of the San Diego County Bar Foundation.

Ms. Blatt oversees a diverse team of lawyers whose unique backgrounds bring different perspectives to problem solving and contribute to the successful resolution of complex litigation cases. Ms. Blatt's team is committed to providing justice not just to their clients, but also giving back to the community. They have worked on cutting edge cases and several nationwide data breach cases, including the massive Yahoo! data breaches.

Jeremy Robinson, for example, is widely acknowledged as one of the premier legal writers and analysts in the state.  Most recently, Mr. Robinson secured a precedent-setting decision against online retail titan Amazon. See, *Bolger v. Amazon.com* (2020) 53 Cal.App.5th 431. The decision marked the first time a state appellate court anywhere in the country has ruled against Amazon on this issue, and currently is the only published appellate decision in the nation holding Amazon strictly liable.  Mr. Robinson also helped co-author, with National Advocacy Group, Public Justice amicus briefs in two other key appeals involving Amazon and worked tirelessly behind the scenes on AB 3262, a bill aimed at holding online marketplaces to the same standard as traditional retailers.

P. Camille Guerra, in addition to her J.D., has a Master's degree in health law and policy, and has published articles in the prestigious Nature Reviews Clinical Oncology and Med Access, regarding the dangers of illicit online pharmacies.  Ms. Guerra also studied law in Budapest, Hungary and in the former Yugoslav Republic of Kosova. She has been a mentor to the Middle Eastern, Armenian, and Muslim student associations at Thomas Jefferson School of Law, her alma mater.  Ms. Guerra is a prior member of San Diego State University President's Latino Advisory Council, providing guidance related to retention of Latino students.  She is fluent in Spanish and has studied Arabic, French, Italian, Russian, and Farsi.

Deval Zaveri is an Honors graduate of University of Georgia and Harvard University.  Ms. Zaveri is a former Navy Officer in the JAG Corps where she was ranked as top criminal defense counsel.  In private practice, she worked on p*ro bono* matters, including co-drafting complaints in human rights cases against the Prime Minister and Defense Minister of Somalia, one of which was heard by the U.S. Supreme Court.  She is highly involved in professional and community-based organizations. Ms. Zaveri co-founded the South Asian Bar Association of San Diego and is the immediate-past President of the San Diego chapter of The Indus Entrepreneurs.  She also serves on the board of the Asian Pacific Islander Public Affairs Association.  Ms. Zaveri is fluent in Gujarati.

Katie McBain attended Cornell University, focusing her studies on inequality in industrial and labor relations, as well as being a member of the track and field team.  After graduating from California Western School of Law, she litigated bench trials and counseled various entities regarding compliance with local, state and federal laws, with particular focus on the County Employees Retirement Law of 1937.  Ms. McBain is member and volunteer of Think Dignity, a non-profit focused on empowering our community to advance basic dignity for those living on the street.  She is also a member of Lawyers Club of San Diego, which advances the status of women and law in society.

Eric Ganci volunteers his time teaching trial lawyers across the nation with the Trial Lawyers College, in addition to having been one of the few male attorneys on the Board of Directors for Lawyers Club of San Diego.  He is well-known in the legal community for tirelessly volunteering for many diversity bar organizations as well has being the former president of the Thomas Jefferson School of Law alumni association.  Before becoming a lawyer, Eric was a band director and private drum set and percussion teacher.

Lana Volkova is equally active in the San Diego legal community, serving on the Board of Directors for the La Jolla Bar Association and is chair for the association's Young Lawyers Committee.  She is a member of Lawyers Club where she works with the Human Trafficking Collaborative.  Lana is an active member of Latinas in the Law, assisting with mentorship of law students. She helps 'Free to Thrive', a non-profit that helps survivors of human trafficking find donors and pro-bono attorneys. She also does pro-bono work in immigration law helping women and children experiencing hardship.  Lana is fluent in English, Russian, Spanish and French, and is studying Vietnamese.