IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 8:21-cv-299 |

## MEMORANDUM OPINION & ORDER

The Court has before it the applications of various counsel to act as Interim Class Counsel in this litigation. All the applications demonstrate well-qualified individuals and firms capable of performing the services required for Interim Class Counsel.

That said, the Court sees no need to delve into the relative strengths and/or weaknesses of the applicants. This much the Court will say—it is impressed by the diversified approach and extensive investigative and early filing efforts of the *Vinsant-Doe* Slate. Accordingly, that Slate will be designated to act as Interim Class Counsel (with Nikoletta S. Mendrinos to serve as liaison counsel).

The Court would like for Interim Class Counsel to submit a proposed case management order by April 20, 2021. If more time is needed, Counsel should promptly notify the Court.

**SO ORDERED** this 6 day of April 2021

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE