UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br><br>This Document Relates To:<br><br>*All Actions* | Master File No. 8:21-cv-00299<br><br>Consolidated Class Action Complaint |

### JOINT REQUEST FOR EARLY SETTLEMENT / ADR CONFERENCE

Plaintiffs and Defendants (collectively, "Parties"), pursuant to this Court's Joint Case Management Order and Local Rule 607, file this Joint Request for Early Settlement / ADR Conference, and in support state as follows:

1. On April 21, 2021, this Court ordered the Parties to file a Joint Request for Early Settlement / ADR Conference by July 2, 2021. *See* ECF No. 37.

2. Consistent with Local Rule 607.1, the Parties have met and conferred and agree to participate in private mediation and have exchanged names of proposed mediators. *See* Local Rule 607.1.

3. The proposed mediators have extensive experience in mediating complex disputes, and the Parties believe that any of the proposed mediators' skill sets will greatly benefit the Parties' intent to engage in good-faith mediation discussions. Each mediator under consideration has availability in August, 2021.

4. The Parties reasonably anticipate that they will agree upon a mediator who can mediate the case within the next 60 days.

5.     At this juncture, the Parties request a postponement of the current deadline for the date on which the defendant must plead or otherwise respond to the Complaint as well as their Rule 26 conference, initial disclosures exchange and the deadline to file the ESI Protocol and Protective Order to September 30, 2021 which will be of assistance to the parties by allowing focus on preparation for a good faith mediation to take place before the end of August, 2021.

6.     Within seven days after the conclusion of the mediation session, the Parties will provide a status update to this Court, including, if relevant, any additional scheduled mediation discussions or sessions and, if necessary, any further requests for extension of any discovery deadlines.

Respectfully submitted,

| | |
|---|---|
| */s/ Nikoletta S. Mendrinos* <br> Nikoletta S. Mendrinos (Bar No. 18961) <br> Kaitlyn T. Holzer (Bar. No. 21684) <br> **MURPHY, FALCON & MURPHY, P.A.** <br> One South Street, 30th Floor <br> Baltimore, Maryland 21202 <br> T: (410) 951-8744 <br> F: (410) 539-6599 <br> nikoletta.mendrinos@murphyfalcon.com <br> kaitlyn.holzer@murphyfalcon.com <br><br> *Liaison Counsel* | */s/ Gayle M. Blatt* <br> Gayle M. Blatt, *Pro Hac Vice* <br> P. Camille Guerra, *Pro Hac Vice* <br> Catherine M. McBain, *Pro Hac Vice* <br> **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP** <br> 110 Laurel Street <br> San Diego, CA 92101 <br> T: (619) 238-1811 <br> F: (619) 544-9232 <br> gmb@cglaw.com <br> camille@cglaw.com <br> kmcbain@cglaw.com <br><br> *Interim Class Counsel* |

| | |
|---|---|
| */s/ David M. Berger*<br>David M. Berger, *Pro Hac Vice*<br>Rosemary M. Rivas, *Pro Hac Vice*<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>dmb@classlawgroup.com<br>rmr@classlawgroup.com<br><br>*Interim Class Counsel* | */s/ Hassan A. Zavareei*<br>Hassan A Zavareei, *Pro Hac Vice*<br>Dia Rasinariu<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street NW Suite 1000<br>Washington, DC 20036<br>(202) 973-0900<br>Fax: (202) 973-0950<br>hzavareei@tzlegal.com<br>drasinariu@tzlegal.com<br><br>*Interim Class Counsel* |
| */s/ John A. Yanchunis*<br>John A. Yanchunis, *Pro Hac Vice*<br>**MORGAN & MORGAN**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 233-5505<br>jyanchunis@forthepeople.com<br><br>*Interim Class Counsel* | */s/ Claudia D. McCarron*<br>Claudia D. McCarron, *Pro Hac Vice*<br>**MULLEN COUGHLIN LLC**<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>(267) 930-4770<br>Fax: (267) 930-4771<br>cmccarron@mullen.law<br><br>*Counsel for Defendants US Fertility, LLC, Shady Grove Reproductive Science Center P.C., and Fertility Centers of Illinois, S.C.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July 2021, a copy of the foregoing Joint Request for Early Settlement / ADR Conference and Proposed Order were filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the registered attorneys of record.

>    */s/ Nikoletta S. Mendrinos*
>    Nikoletta S. Mendrinos