# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

## Southern Division

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Master File No. 8:21-cv-00299<br><br>**Consolidated Class Action Complaint** |

### ~~PROPOSED~~ ORDER

Upon considering the Parties' Joint Request for Early Settlement / ADR Conference, it is this __6__ day of July 2021, hereby

ORDERED that the Parties may engage the services of a neutral mediator pursuant to Local Rule 607.1, and it is further

ORDERED that the Parties shall engage in a mediation session in good faith no later than September 30, 2021, and it is further

ORDERED that the Parties shall provide a status update to this Court regarding the outcome of the mediation, including any further request for extensions of any discovery deadlines, no later than October 7, 2021.

_____
Hon. Peter J. Messitte
United States District Judge

4