IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. 8:21-cv-299 |

## AMENDED CASE MANAGEMENT ORDER

The Court adopts the following amended case schedule:

### I. BRIEFING SCHEDULE

| | **Deadline** |
|---|---|
| Plaintiffs File Consolidated Complaint | June 7, 2021 |
| Defendants File Motion to Dismiss | September 30, 2021 |
| Plaintiffs File Opposition to Motion to Dismiss | October 28, 2021 |
| Defendants File Reply in Support of Motion to Dismiss | November 18, 2021 |

### II. DISCOVERY SCHEDULE

| | **Deadline** |
|---|---|
| Joint request for early settlement/ADR conference (This request will not postpone discovery unless otherwise ordered.) | July 2, 2021 |
| Rule 26(f) Conference | On or After September 30, 2021 |
| Deadline for parties to file Joint Proposed ESI Protocol | September 30, 2021 |
| Deadline to file Proposed Protective Order | September 30, 2021 |

| | |
|---|---|
| Initial disclosures | September 30, 2021 |
| Substantial Completion of Production of Documents in Response to Document Requests Served Prior to November 12, 2021 | December 23, 2021 |
| Class Fact Discovery Cut Off | March 16, 2022 |
| Disclosure of Plaintiffs' Experts and Expert Reports Pursuant to Rule 26(a)(2) with respect to Class Certification | March 31, 2022 |
| Disclosure of Defendant's Experts and Expert Reports Pursuant to Rule 26(a)(2) with respect to Class Certification | April 29, 2022 |
| Disclosure of Plaintiffs' Experts' Rebuttal Reports with respect to Class Certification | May 27, 2022 |
| Cutoff for Expert Discovery for Class Certification | June 28, 2022 |
| Deadline for Motion for Class Certification | August 26, 2022 |
| Deadline to file *Daubert* motions | August 26, 2022 |
| Deadline to file Opposition to Motion for Class Certification | September 23, 2022 |
| Deadline to file oppositions to any *Daubert* motions | September 23, 2022 |
| Deadline to file Reply in Support of Motion for Class Certification | October 14, 2022 |
| Deadline to file any replies in support of *Daubert* motions | October 14, 2022 |
| Deadline for Post-Class Certification Supplemental Discovery, including Supplemental Expert Discovery | January 13, 2023 |
| Deadline to file pre-trial dispositive motions | February 27, 2023 |
| Deadline to file oppositions to pre-trial dispositive motions | March 27, 2023 Deadline |
| to file replies in support of pre-trial dispositive motions | April 17, 2023 |

## IV. COMPLIANCE WITH PRIVACY PROTECTION RULE

Counsel are reminded that the Federal Rules of Civil Procedure were amended, effective December 1, 2007, with the addition of a new Rule 5.2 which has detailed requirements requiring the redaction of filings with this court that contain an individual's social security number, tax payer identification number, or birth date, the name of an individual known to be a minor, or a financial account number. It is essential that counsel comply with this rule and with the revised version of the Judicial Conference Privacy Policy adopted in March 2008. For further information on the Judicial Conference Privacy Policy see: http://www.mdd.uscourts.gov/news/news/privacy memo.pdf.

IT IS SO ORDERED.

Dated: July 16, 2021

_____
Peter J. Messitte
United State District Judge

3