UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To:<br><br>*All Actions* | Master File No. 8:21-cv-00299<br>**Consolidated Class Action Complaint** |

**SECOND STIPULATION TO PARTIALLY MODIFY CASE MANAGEMENT ORDER**

Plaintiffs and Defendants (collectively, "Parties") hereby stipulate and agree to partially modify the Amended Case Management Order [ECF 50] as follows, and in support state:

1. The Parties have agreed to engage in a good-faith mediation session with Bennett G. Picker on September 28, 2021.

2. Although the Parties are hopeful that such discussions will be fruitful, given the nature and complexity of this case, it is expected that such discussions may require multiple days for resolution.

3. To permit the Parties to engage in productive, good-faith settlement discussions, the Parties have agreed to amend the upcoming deadlines in this case as follows:

| | **CURRENT DATE** | **PROPOSED AMENDED DATE** |
|---|---|---|
| Defendants' Motion to Dismiss | September 30, 2021 | November 15, 2021 |
| Plaintiffs' Opposition to Motion to Dismiss | October 28, 2021 | December 15, 2021 |
| Defendants' Reply in Supply of Motion to Dismiss | November 18, 2021 | January 4, 2022 |
| Rule 26(f) Conference | On or before September 30, 2021 | On or before November 15, 2021 |
| Deadline for parties to file Joint Proposed ESI Protocol | September 30, 2021 | November 15, 2021 |

| Deadline to file Proposed Protective Order | September 30, 2021 | November 15, 2021 |
|---|---|---|
| Initial Disclosures | September 30, 2021 | November 15, 2021 |

4. Any deadlines that follow that are not modified herein remain. The Parties agree to discuss any further modifications as necessary.

5. A proposed Partial Amended Case Management Order is being submitted herewith.

Respectfully submitted,

/s/ Nikoletta S. Mendrinos

Nikoletta S. Mendrinos (Bar No. 18961)
Kaitlyn T. Holzer (Bar. No. 21684)
**MURPHY, FALCON & MURPHY, P.A.**
One South Street, 30th Floor
Baltimore, Maryland 21202
T: (410) 951-8744
F: (410) 539-6599
nikoletta.mendrinos@murphyfalcon.com
kaitlyn.holzer@murphyfalcon.com

*Liaison Counsel*

/s/ Gayle M. Blatt
Gayle M. Blatt, *Pro Hac Vice*
P. Camille Guerra, *Pro Hac Vice*
Catherine M. McBain, *Pro Hac Vice*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
T: (619) 238-1811
F: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com
kmcbain@cglaw.com

*Interim Class Counsel*

/s/ David M. Berger
David M. Berger, *Pro Hac Vice*
Rosemary M. Rivas, *Pro Hac Vice*
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com
rmr@classlawgroup.com
*Interim Class Counsel*

/s/ Hassan A. Zavareei
Hassan A Zavareei, *Pro Hac Vice*
Dia Rasinariu
**TYCKO & ZAVAREEI LLP**
1828 L Street NW Suite 1000
Washington, DC 20036
(202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com
*Interim Class Counsel*

| | |
|---|---|
| */s/ John A. Yanchunis* | */s/ Claudia D. McCarron* |
| John A. Yanchunis, *Pro Hac Vice* | Claudia D. McCarron, *Pro Hac Vice* |
| **MORGAN & MORGAN** | **MULLEN COUGHLIN LLC** |
| 201 N. Franklin Street, 7th Floor | 426 W. Lancaster Avenue, Suite 200 |
| Tampa, FL 33602 | Devon, PA 19333 |
| Telephone: (813) 233-5505 | (267) 930-4770 |
| jyanchunis@forthepeople.com | Fax: (267) 930-4771 |
| *Interim Class Counsel* | cmccarron@mullen.law |
| | *Counsel for Defendants US Fertility, LLC, Shady Grove Reproductive Science Center P.C., and Fertility Centers of Illinois, S.C.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2021, a copy of the foregoing Second Stipulation to Partially Amend Case Management Order and Proposed Order were filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the registered attorneys of record.

*/s/ Nikoletta S. Mendrinos*
Nikoletta S. Mendrinos