# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## *Southern Division*

| | |
|---|---|
| **IN RE US FERTILITY, LLC DATA SECURITY LITIGATION** <br><br> This Document Relates To: <br><br> All Actions | **Master File No. 8:21-cv-299** |

## PARTIALLY AMENDED CASE MANAGEMENT ORDER

The Court adopts the following partial amendments to the case schedule:

| | **CURRENT DATE** | **PROPOSED AMENDED DATE** |
|---|---|---|
| Defendants' Motion to Dismiss | September 30, 2021 | November 15, 2021 |
| Plaintiffs' Opposition to Motion to Dismiss | October 28, 2021 | December 15, 2021 |
| Defendants' Reply in Supply of Motion to Dismiss | November 18, 2021 | January 4, 2022 |
| Rule 26(f) Conference | On or before September 30, 2021 | On or before November 15, 2021 |
| Deadline for parties to file Joint Proposed ESI Protocol | September 30, 2021 | November 15, 2021 |
| Deadline to file Proposed Protective Order | September 30, 2021 | November 15, 2021 |
| Initial Disclosures | September 30, 2021 | November 15, 2021 |

## COMPLIANCE WITH PRIVACY PROTECTION RULE

Counsel are reminded that the Federal Rules of Civil Procedure were amended, effective December 1, 2007, with the addition of a new Rule 5.2 which has detailed requirements requiring the redaction of filings with this court that contain an individual's social security number, tax payer

identification number, or birth date, the name of an individual known to be a minor, or a financial account number. It is essential that counsel comply with this rule and with the revised version of the Judicial Conference Privacy Policy adopted in March 2008. For further information on the Judicial Conference Privacy Policy see: http://www.mdd.uscourts.gov/news/news/privacy_memo.pdf.

IT IS SO ORDERED.

Dated: September 23, 2021

_____
Peter J. Messitte
United States District Judge