**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE US FERTILITY LLC<br>DATA SECURITY LITIGATION | Master File No.: 8:21-cv-299 |

**MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
AND MOTION TO STRIKE**

Defendants US Fertility, LLC, Shady Grove Reproductive Science Center P.C., and Fertility Centers of Illinois, S.C. hereby move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Plaintiffs' First Amended Consolidated Class Action Complaint. In the alternative, if the Court does not dismiss the Complaint in its entirety, it should strike certain allegations of the Complaint pursuant to Federal Rule of Civil Procedure 12(f).

November 22, 2021

Respectfully submitted,
/s/ Claudia D. McCarron
Claudia D. McCarron (*pro hac vice*)
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-4787
cmccarron@mullen.law

/s/ Matthew J. Youssef
Matthew J. Youssef
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
Telephone: (410) 783-6300
Facsimile: (410) 783-6452
mjyoussef@nilesbarton.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of November, 2021, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

/s/ Claudia D. McCarron