**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **IN RE US FERTILITY LLC** | |
| **DATA BREACH CASES** | **Master File No.: 8:21-cv-299** |
| | |
| This Document Relates To: | |
| | |
| All Actions | |

### JOINT STATUS REPORT

Plaintiffs and Defendants, (collectively, "Parties"), pursuant to this Court's Order, submit this Joint Status Report and state as follows:

1. On or about October 10, 2022, the Parties agreed to a settlement in principle in the above-captioned matter. This agreement was reached after months of ongoing settlement discussions and with the assistance of a privately retained mediator.

2. Since then, the Parties have been addressing and drafting the settlement terms, which include, among others, injunctive relief, settlement administration, class notice and the claims process.

3. Although the Parties have made significant progress, they need more time to address some outstanding terms of the settlement.

4. The Parties are hopeful that they will be able to provide the relevant settlement documents for approval before January 30, 2023, but in the event that they are not able to do so, the Parties respectfully request that they provide a joint status report to the Court no later than January 30, 2023.

5.      If this Court prefers a joint status report sooner than that, the Parties are more than willing to comply with such an Order.

Dated: December 30, 2022                                  Respectfully submitted,


/s/ Nikoletta S. Mendrinos

Nikoletta S. Mendrinos (Bar No. 18961)
Kaitlyn T. Holzer (Bar. No. 21684)
**MURPHY, FALCON & MURPHY, P.A.**
One South Street, 30th Floor
Baltimore, Maryland 21202
T: (410) 951-8744
F: (410) 539-6599
nikoletta.mendrinos@murphyfalcon.com
kaitlyn.holzer@murphyfalcon.com

*Liaison Counsel*


/s/ David M. Berger

David M. Berger, *Pro Hac Vice*
Rosemary M. Rivas, *Pro Hac Vice*
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com
rmr@classlawgroup.com

*Interim Class Counsel*

/s/ John A. Yanchunis

John A. Yanchunis, *Pro Hac Vice*
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 233-5505
jyanchunis@forthepeople.com

*Interim Class Counsel*


/s/ Gayle M. Blatt

Gayle M. Blatt, *Pro Hac Vice*
P. Camille Guerra, *Pro Hac Vice*
Catherine M. McBain, *Pro Hac Vice*
**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
T: (619) 238-1811
F: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com
kmcbain@cglaw.com

*Interim Class Counsel*


/s/ Hassan A. Zavareei

Hassan A Zavareei, *Pro Hac Vice*
Dia Rasinariu
**TYCKO & ZAVAREEI LLP**
1828 L Street NW Suite 1000
Washington, DC 20036
(202) 973-0900
Fax: (202) 973-0950
hzavareei@tzlegal.com
drasinariu@tzlegal.com

*Interim Class Counsel*

/s/ Claudia D. McCarron

Claudia D. McCarron
**MULLEN COUGHLIN**
c426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
cmccarron@mullen.law

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of December 2022, a copy of the foregoing Joint Status Report was filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the registered attorneys of record.


*/s/ Nikoletta S. Mendrinos*
Nikoletta S. Mendrinos