## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY LLC<br>DATA BREACH CASES<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 8:21-cv-299 |

### THIRD JOINT STATUS REPORT

Plaintiffs and Defendants, (collectively, "Parties"), submit this Third Joint Status Report and state as follows:

1. The Parties have submitted two Joint Status Reports to this Court regarding the progress on submitting documents for preliminary approval by this Court, on December 30, 2022, and January 30, 2023, respectively. *See* ECF 95 & 97.

2. Since the last submission on January 30, 2023, Defendant US Fertility provided documents in informal, confirmatory discovery concerning the relevant data breach and its security controls, which were reviewed by Plaintiffs' Counsel.

3. The Parties were able to make significant progress on drafting and circulating documents necessary for preliminary approval.

4. However, the Parties are still working through issues relating to notice to class members, and proffer that they need more time to finalize these for submission for preliminary approval.

5.       To that end, the Parties request an additional 30 days, and they are hopeful that they will be able to agree on all of the terms of the settlement, including notice to class members, and submit settlement documents no later than March 31, 2023.

6.       In the alternative, the Parties will provide a joint status report to the Court no later than March 31, 2023.

7.       If this Court prefers a joint status report sooner than that, the Parties are more than willing to comply with such an Order.

Dated: March 1, 2023                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Nikoletta S. Mendrinos* | */s/ Gayle M. Blatt* |
| Nikoletta S. Mendrinos (Bar No. 18961)<br>Kaitlyn T. Holzer (Bar. No. 21684)<br>**MURPHY, FALCON & MURPHY, P.A.**<br>One South Street, 30th Floor<br>Baltimore, Maryland 21202<br>T: (410) 951-8744<br>F: (410) 539-6599<br>nikoletta.mendrinos@murphyfalcon.com<br>kaitlyn.holzer@murphyfalcon.com<br><br>*Liaison Counsel* | Gayle M. Blatt, *Pro Hac Vice*<br>P. Camille Guerra, *Pro Hac Vice*<br>Catherine M. McBain, *Pro Hac Vice*<br>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>T: (619) 238-1811<br>F: (619) 544-9232<br>gmb@cglaw.com<br>camille@cglaw.com<br>kmcbain@cglaw.com<br><br>*Interim Class Counsel* |
| */s/ David M. Berger* | */s/ Hassan A. Zavareei* |
| David M. Berger, *Pro Hac Vice*<br>Rosemary M. Rivas, *Pro Hac Vice*<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, California 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>dmb@classlawgroup.com<br>rmr@classlawgroup.com<br><br>*Interim Class Counsel* | Hassan A Zavareei, *Pro Hac Vice*<br>Dia Rasinariu<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street NW Suite 1000<br>Washington, DC 20036<br>(202) 973-0900<br>Fax: (202) 973-0950<br>hzavareei@tzlegal.com<br>drasinariu@tzlegal.com<br><br>*Interim Class Counsel* |

| | |
|---|---|
| /s/ John A. Yanchunis | /s/ Claudia D. McCarron |
| John A. Yanchunis, *Pro Hac Vice* | Claudia D. McCarron |
| **MORGAN & MORGAN** | **MULLEN COUGHLIN** |
| 201 N. Franklin Street, 7th Floor | c426 W. Lancaster Avenue, Suite 200 |
| Tampa, FL 33602 | Devon, PA 19333 |
| Telephone: (813) 233-5505 | cmccarron@mullen.law |
| jyanchunis@forthepeople.com | |
| | *Counsel for Defendant* |
| *Interim Class Counsel* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March 2023, a copy of the foregoing Third Joint Status Report was filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the registered attorneys of record.

*/s/ Nikoletta S. Mendrinos*
Nikoletta S. Mendrinos