UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     Fadness et al. v. US Fertility, LLC.
        Civil No. PJM 21-299

DATE:   March 14, 2023

* * *

The Court is aware that the Parties in this case have been in active settlement negotiations since October 10, 2022. The Court understands that given the complexity of the case, the Parties are still working through issues relating to notice to class members and require more time to finalize these for submission for preliminary approval.

As such, the Court has decided to **ADMINISTRATIVELY CLOSE** the case (and related case *Doe v. US Fertility, LLC et al*, 22-cv-01802) until the parties have finalized and submitted their settlement documents. This administrative closure will not preclude any filings made in the interim.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:     Court File