# EHXIBIT A

# (SUBJECT TO MOTION TO SEAL)