# EXHIBIT B

**Must be postmarked or submitted online NO LATER THAN MONTH XX, 2023**

US FERTILITY DATA BREACH SETTLEMENT
SETTLMENT ADMINISTRATOR
ADDRESS
WWW.            .COM

# US Fertility Data Breach Claim Form

## SETTLEMENT BENEFITS – WHAT YOU MAY GET

If you are a U.S. resident whose personal information was compromised in the data breach that US Fertility announced in November 2020 (the "US Fertility Data Breach"), you may submit a claim.

**There are three ways to submit a claim.**

**First, you can submit a claim by returning the tear-off portion of your postcard notice. If you do that, then you do not need to submit a claim online or use the below form (unless you wish to claim Out-of-Pocket losses, which you cannot claim using the postcard).**

Second, file a claim online at www.            .com.

Third, you can complete and mail this claim form to the mailing address above.

<u>You may submit a claim for one or more of these benefits</u>:

**Cash Payment**: Use the Claim Form to request an approximate $50 cash payment. If you are a class member and your personal or medical information was provided to a US Fertility clinic in California, and that information was compromised in the breach based on the available records, you may be eligible to receive an additional approximate $200 cash payment. These amounts are subject to pro rata adjustments (meaning they may be more or may be less depending on number of approved claims).

**Cash Reimbursement**. Additionally, you can use the Claim Form to request money for one or more of the following:

1. **Reimbursement for Time Spent.** If you spent time reasonably related to the receipt of or in response to the Notice of Data Breach, or otherwise trying to avoid or recover from fraud or identity theft, you can get $25 per hour for up to four total hours if you generally describe how the time was spent.

2. **Reimbursement for Losses You Incurred.** If you lost money due to fraud or identity theft that is fairly traceable to the US Fertility Data Breach, and/or if you spent money trying to avoid or recover from fraud or identity theft because of the US Fertility Data Breach, you can be reimbursed up to $15,000. You must submit documents supporting your claim.

\* \* \*

**Claims must be submitted online or mailed by MONTH XX, 2023. Use the address at the top of this form for mailed claims.**

*Please note: the Settlement Administrator may contact you to request additional documents to process your claim. Your cash benefit may increase or decrease depending on the number of claims submitted and the amounts of those claims.*

For more information and complete instructions visit www._____.com.

Please note that Settlement benefits will be distributed after the Settlement is approved by the Court and final.

## Your Information

*We will use this information to contact you and process your claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify us by emailing EMAIL ADDRESS.*

| | | | |
|---|---|---|---|
| 1. NAME (REQUIRED): | First | Middle Initial | Last |
| 2. ALTERNATIVE NAME(S) (IF ANY): | | | |
| 3. MAILING ADDRESS (REQUIRED): | Street Address | | |
| | Apt. No. | | |
| | City | | |
| | State | | |
| | Zip | | |
| 4. PHONE NUMBER: | | | |
| 5. EMAIL ADDRESS: | | | |
| 6. YEAR OF BIRTH (REQUIRED) | | | |

## Cash Payment

*You may be eligible to receive up to $250 if your personal information was affected in the Data Breach.*

All U.S. residents whose personal information was compromised in the US Fertility Data Breach that US Fertility announced in November 2020 are eligible to receive a cash payment of $50. An additional $200 cash payment is available to individuals who provided personal or medical information to a US Fertility clinic in California. These amounts are subject to pro rata adjustments (which may be more or may be less depending on number of claims). If you would like to request a cash payment, please check one or both of the below:

Questions? Visit www._____.com

☐ **Cash Payment:** I want the amount of cash I am entitled to under the Settlement Agreement.

## Reimbursement: Time Spent

If you spent time trying to recover from fraud or identity theft caused by the US Fertility Data Breach, or if you spent time trying to avoid fraud or identity theft because of the US Fertility Data Breach (for example, by placing or removing credit freezes on your credit files or purchasing credit monitoring services), complete the chart below. You can be compensated at $25 per hour for up to 4 hours.

In order to receive compensation for time spent, you must answer the below questions.

**How much time did you lose related to the data breach (up to 4 hours)?**

Hours _____

**Explain how you spent that time:** _____

_____

## Reimbursement: Money You Lost or Spent

If you lost or spent money trying to prevent or recover from fraud or identity theft caused by the US Fertility Data Breach, you can receive reimbursement for up to $15,000.

It is important for you to send documents that show what happened and how much you lost or spent, so that you can be repaid.

To look up more details about how reimbursements for lost or spent money work, visit www.      .com or call toll-free 1-XXX-XXXX. You will find more information about the types of costs and losses that can be paid back to you, what documents you need to attach, and how the Settlement Administrator decides whether to approve your payment.

| Examples of Loss Types and Documentary support | Amount and Date | Description of Loss or Money Spent and Supporting Documents (Identify what you are attaching, and why it's related to the US Fertility breach) |
|---|---|---|
| Costs for freezing or unfreezing your credit report on or after August 12, 2020<br><br>*Examples: Receipts, notices, or account statements reflecting payment for a credit freeze* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____ |
| Credit monitoring and identity theft protection purchased between August 12, 2020 and the date of your claim submission<br><br>*Examples: Receipts or statements for credit monitoring services* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____ |
| Costs, expenses, and losses due to identity theft, fraud, or misuse of your personal information on or after August 12, 2020<br><br>*Examples: Account statement with unauthorized charges highlighted; police reports; IRS documents; FTC Identity Theft Reports; letters refusing to refund fraudulent charges; credit monitoring services you purchased* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |
| Professional fees paid to address identity theft on or after August 12, 2020<br><br>*Examples: Receipts, bills, and invoices from accountants, lawyers, or others* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____ |
| Other expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges related to the US Fertility Data Breach<br><br>*Examples: Phone bills, receipts, detailed list of places you traveled (i.e. police station, IRS office), reason why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled* | $<br><br>Date: | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

Questions? Visit www._____.com

## Signature

I affirm under the laws of the United States that the information I have supplied in this Claim Form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

I understand that I may be asked to provide more information by the Claims Administrator before my claim is complete.

| Signature: | Dated: |
|---|---|
| **Print Name:** | |

## How You Would Like to Receive Your Cash Payment

PayPal _____

Venmo _____

Zelle _____
Virtual prepaid card _____

Questions? Visit www._____.com