# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

# If your personal information was compromised in a data breach that US Fertility announced in November 2020, you could get a payment from a class action settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- The Settlement will provide $5.75 million to compensate individuals whose personal information was compromised in a data breach that US Fertility announced in November 2020 (the "US Fertility Data Breach"), pay notice and administration fees and attorneys' fees and expenses subject to court approval.

- The Settlement resolves a lawsuit arising out of the US Fertility Data Breach. It avoids costs and risks to the parties from continuing the lawsuit, and pays money to individuals like you and the named Plaintiffs (also referred to as Class Representatives). Your legal rights are affected whether you act, or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **MAKE A CLAIM** | Fill out a Claim Form (either the portion of the postcard you received or online at the Settlement Website). For claims requiring documentation, those claims must be filed online or by US mail with the documents included. |
| **DO NOTHING** | You will not receive any settlement benefits, but any claims you may have will be released. |
| **OBJECT** | Write to the Court about why you don't like the Settlement. **The deadline for submitting a written objection is _____.** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. **The Final Approval Hearing is scheduled for _____.** |
| **EXCLUDE YOURSELF** | **Get no payment. This is the only option that allows you to pursue a claim for damages against US Fertility (and its subsidiaries or partners) arising out of the claims made in this lawsuit. The deadline to exclude yourself is _____.** |

- These rights and options—and the deadlines to exercise them—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

1

QUESTIONS? CALL **1-800-000-0000** TOLL FREE, OR VISIT WWW._____.COM

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** .......................................................................................................... **PAGE 3**
    1. Why did I get this notice?
    2. What is this lawsuit about?
    3. Why is this a class action?
    4. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** ............................................................................................. **PAGE 4**
    5. How do I know if I am part of the Settlement?
    6. Are there exceptions to being included?
    7. I'm still not sure if I am included.

**THE SETTLEMENT—WHAT YOU GET** ................................................................................ **PAGE 5**
    8. What does the Settlement provide?
    9. When would I get my payment?

**HOW YOU GET A PAYMENT** ................................................................................................ **PAGE 6**
    10. How can I get a payment?
    11. When would I get my payment?
    12. What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ....................................................... **PAGE 6**
    13. How do I get out of the Settlement?
    14. If I don't exclude myself, can I sue US Fertility (and its subsidiaries and partners) for the same thing later?
    15. If I exclude myself, can I get money from the Settlement?

**THE LAWYERS REPRESENTING YOU** .............................................................................. **PAGE 7**
    16. Do I have a lawyer in the case?
    17. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** .................................................................................. **PAGE 8**
    18. How do I tell the Court that I don't like the Settlement?
    19. What's the difference between objecting and excluding?

**THE COURT'S FINAL APPROVAL HEARING** .................................................................. **PAGE 9**
    20. When and where will the Court decide whether to approve the Settlement?
    21. Do I have to come to the hearing?
    22. May I speak at the hearing?

**IF YOU DO NOTHING** ........................................................................................................... **PAGE 10**
    23. What happens if I do nothing at all?

**GETTING MORE INFORMATION** ...................................................................................... **PAGE 10**
    24. Are there more details about the Settlement?

## BASIC INFORMATION

### 1. What is this notice about?

US Fertility's (and its subsidiaries and partners, together referred to as US Fertility) records show that your Personal Identifiable Information (PII) or Personal Health Information (PHI) may have been compromised as a result of a data breach that US Fertility announced in November 2020 (the "US Fertility Data Breach").

You have a right to know about the proposed Settlement in the case, and about all of your options, before the Court decides whether to approve the Settlement. If the Court approves it and after objections and appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows. You will be informed of the progress of the Settlement at www._____.com.

This notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the District of Maryland, and the case is known as *In re US Fertility, LLC Data Security Litigation*, Case No. 8:21-cv00299-PJM. The people who sued are called the Plaintiffs, and the companies they sued, US Fertility and some of its subsidiaries and partners, are called the Defendants.

### 2. What is this lawsuit about?

US Fertility is a company that provides administrative, clinical, and business information services to fertility clinics in the United States. In November 2020, US Fertility announced that it had been the subject of a cyberattack which resulted in the theft of sensitive personal and medical information stored in its databases concerning nearly 900,000 individuals. The information taken in this data breach may have included names, dates of birth, Social Security numbers, Patient numbers/MPI and for a limited number of persons, medical records and information.

Some individuals (the Plaintiffs) impacted by the US Fertility Data Breach filed a lawsuit against US Fertility, Fertility Centers of Illinois, S.C., and Shady Grove Reproductive Science Center, P.C. The Plaintiffs claim that the Defendants failed to adequately protect their personal information and that they were injured as a result. Defendants deny any wrongdoing, and no court or other entity has made any judgment or determination of any wrongdoing or that the law has been violated. The most recent complaint filed in this case, which describes the Plaintiffs' legal claims, and each individual Defendant named in the lawsuit, and the relief sought in the case is available at www.settlementwebsite.com/page.

Even if you have not filed your own lawsuit against Defendants regarding the US Fertility Data Breach, you can obtain the benefits provided by this Settlement because the litigation is proceeding as a class action.

3

### 3. Why is this a class action?

In a class action, one or more people file a lawsuit to assert legal claims on behalf of themselves and other persons who have experienced the same or similar circumstances. Here, the named Plaintiffs in the operative class action complaint against Defendants will serve as "Class Representatives" to represent not only their personal interests, but the interests of all the Settlement Class Members. Because this is a class action, even persons who did not file their own lawsuit can obtain relief from harm that may have been caused by the data breach.

### 4. Why is there a settlement?

The Court did not decide in favor of the Plaintiffs or Defendants. Instead, both sides agreed to a settlement. That way, they avoid the multi-year delay, risk, and cost of further litigation and a trial, and the people affected will get compensation. The Class Representatives and their attorneys think the Settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT

### 5. How do I know if I am part of the Settlement?

To see if you will get money from this Settlement, you first have to decide if you are a Settlement Class Member.

You are a Settlement Class Member if you are a resident of the United States or its territories whose PII or PHI was compromised in the data breach that US Fertility or its subsidiaries or partners first announced in November 2020.

The following entities and individuals are **not** Settlement Class Members:

- The Defendants, any entity in which Defendants have a controlling interest, and the Defendants' officers, directors, legal representatives, successors, subsidiaries, and assigns;
- Any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and
- Any individual who timely and validly opts-out from the Settlement Class.

**This Settlement affects your legal rights even if you do nothing.**

If you received a postcard Notice of this Settlement, you have been identified by US Fertility as a Settlement Class Member.

### 7. I'm still not sure if I am included.

If you are still not sure whether you are included, you can ask for free help. You can call 1-8xxxxx- xxx or visit www._____.com for more information.

4

## THE SETTLEMENT—WHAT YOU GET

### 8. What does the Settlement provide?

US Fertility has agreed to create a Settlement Fund of $5.75 million. After attorney's fees and costs, Service Awards and expenses for the Settlement Administrator are deducted, the Settlement Fund will be used to pay the benefits described herein to the Settlement Class Members. The Settlement also provides for data security practice enhancements and commitments by US Fertility (and some of its subsidiaries and partners).

### 9. How much will my payment be?

Settlement Class Members who submit a claim will receive a presumptive cash payment of $50 (which may be more or may be less depending on the number of approved claims). If your medical information was provided to a US Fertility clinic in California, you are eligible to receive an additional $200 (which may be more or may be less depending on the number of approved claims).

If you spent time dealing with fraud or identity theft or to protect yourself from future harm that is fairly traceable to the US Fertility Data Breach, you may additionally claim up to four hours of Time Spent at $25.00 per hour.

If you incurred Out-of-Pocket losses that are related to the US Fertility Data Breach and can provide reasonable documentation of those losses, then you may make an online claim for reimbursement of those losses up to $15,000.

Although Settlement Class Members may claim more than one category of benefits, no individual may receive more than $15,000.

All cash benefits are subject to proration upward or downward depending on the number of valid claims received.

## HOW TO GET A PAYMENT

### 10. How can I get a payment?

You must submit a claim by [DATE] in order to receive any payment from the Settlement. You can submit a claim for the presumptive $50 payment, the additional $200 if you provided your medical information to a US Fertility clinic in the state of California, and for Time Spent by using the tear-off portion of the postcard notice you received, by submitting a claim online at [WEBSITE], or by sending a claim form printed from the Settlement Website by US mail.

If you wish to submit a claim for Out-of-Pocket losses, you **must** do so online at [WEBSITE].

You may submit a claim for any (or all) categories of payments online at [WEBSITE] or print and mail the claim form located at [WEBSITE].

These payments are subject to a pro rata adjustment.

5

### 11. When would I get my payment?

The Court will hold a hearing on [date] to decide whether to approve the Settlement. If the Court approves the Settlement after that, there may be appeals. It's always uncertain when these appeals can be resolved, and resolving them can take time, generally more than a year. Settlement Class Members will be informed of the progress of the Settlement at www._____.com. Please be patient.

### 12. What am I giving up to get a payment or stay in the Class?

Unless you exclude yourself, you are staying in the Settlement Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against US Fertility or any of the Released Parties about the legal claims in this case. It also means that all of the Court's orders will apply to you and legally bind you. If you do not exclude yourself, you will agree to the "Mutual Release," in Section XV of the Settlement Agreement, available at www._____.com, which describes the legal claims that you give up if you get settlement benefits.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 13. How do I opt out of the settlement?

If you don't want a payment from this Settlement, but you want to keep the right to sue or continue to sue US Fertility or any of the Released Parties identified in the Settlement Agreement on your own, about the legal issues in this case, then you must take steps to get out. This is called excluding yourself—or is sometimes referred to as opting out of the Settlement Class.

To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded from *In re US Fertility, LLC Data Security Litigation*, Case No. 8:21-cv00299-PJM. Be sure to include your name, mailing address, email address, and your signature. You must mail your exclusion request postmarked no later than [date] to:

[address line 1]

[address line 2]

If you ask to be excluded, you will not get any Settlement payment, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) US Fertility or any of the Released Parties in the future.

### 14. If I don't exclude myself, can I sue US Fertility for the same thing later?

No. Unless you exclude yourself, you give up any right to sue US Fertility or the Released Parties for the claims that this Settlement resolves. If you have a pending lawsuit, speak to your lawyer in that case immediately. You must exclude yourself from this Class to continue your own lawsuit. Remember, the exclusion deadline is [date].

### 15. If I exclude myself, can I get money from this Settlement?

No. If you exclude yourself, you will not receive any money from this Settlement. But you may sue, continue to sue, or be part of a different lawsuit against US Fertility or the Released Parties concerning the legal claims that are at issue in this lawsuit.

## THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

The Court has appointed lawyers, called "Class Counsel," to represent the Settlement Class in this case. Class Counsel are Tycko & Zavareei LLP (www.tzlegal.com) from Washington, DC, Morgan & Morgan (www.forthepeople.com) from Tampa, FL, Casey Gerry Schenk Francavilla Blatt & Penfield LLP (www.caseygerry.com) from San Diego, CA, Gibbs Law Group LLP (www.classlawgroup.com) from Oakland, CA, and Murphy, Falcon & Murphy (murphyfalcon.com) from Baltimore, MD. You will not be charged separately for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense. If you object to the Settlement, you may (but are not required to) hire your own lawyer to represent you.

### 17. How will the lawyers be paid?

Class Counsel will ask the Court to approve payment of up to $_____ for attorney's fees and reimbursement of up to $_____ in litigation expenses they incurred in this case. The attorney's fees would pay Class Counsel for investigating the facts, litigating the case, and negotiating the Settlement.

## OBJECTING TO THE SETTLEMENT

### 18. How do I tell the Court that I don't like the Settlement?

You can tell the Court that you don't agree with the Settlement or some part of it.

If you are a Settlement Class Member, you can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object. Any objection to the proposed settlement must be in writing. If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must: (a) clearly identify the case name and number (*In re US Fertility, LLC Data Security Litigation*, Case No. 8:21-cv-299), (b) be submitted to the Court either by mailing them to the [clerk address], and (c) be filed or postmarked on or before [date].

Be sure to include: (1) your name, mailing address, telephone number, email address, your signature; (2) the reasons you object to the Settlement; (3) whether you are objecting on behalf of only yourself, the Settlement Class, or a subset of the Settlement Class; (5) whether you (or your attorney) intend to appear at the final approval hearing; and (6) the name and contact information

7

of any and all attorneys representing, advising, or assisting you, including all individuals who may be entitled to compensation for any reason related to the objection or comment.

### 19. What's the difference between objecting and excluding?

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 20. When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you don't have to.

The Court will hold a Final Approval Hearing at [time] on [day of the week, date], at the [address], in [courtroom]. At this hearing the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court may listen to people who have asked to speak at the hearing. The Court may also decide how much Class Counsel and the Class Representatives are entitled to under the Settlement. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

The Court may reschedule the Final Approval Hearing or change any of the deadlines described in this notice. The date of the Final Approval Hearing may change without further notice to Settlement Class Members. Be sure to check the Settlement Website, www._____.com, for news of any such changes. You can also check whether the hearing date or any deadlines have changed by accessing the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov.

### 21. Do I have to come to the hearing?

No. Class Counsel will answer questions the Court may have about the Settlement. But you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

### 22. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must indicate your desire to speak at the hearing in your objection letter (see section 18 above). You cannot speak at the hearing if you excluded yourself.

8

## IF YOU DO NOTHING

### 23. What happens if I do nothing at all?

If you do nothing, you will be bound by the terms of the Settlement, but you will not receive a payment. In order to receive a payment, you must submit a claim by [DATE]. But unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against US Fertility or any of the Released Parties about the legal issues in this case, ever again.

## GETTING MORE INFORMATION

### 24. Are there more details about the Settlement?

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement available at www._____.com or by contacting the Settlement Administrator at email@email.com or call 8xx-xxx-xxxx.

You can email the Settlement Administrator at email@email.com or call 1-8xx-xxx-xxxx toll free; or visit the website at www._____.com, where you will find answers to common questions about the Settlement, plus other information to help you determine whether you are a Settlement Class Member and whether you are eligible for a payment.

All the case documents that have been filed publicly in this case are also available online through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.mdds.uscourts.gov. This case is called *In re US Fertility, LLC Data Security Litigation*, Case No. 8:21-cv-00299-PJM. You may also obtain case documents by visiting the office of the Clerk of Court for the Southern Division of the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770, between 9:00 a.m. and 4:00 p.m., Monday through Friday, except court-observed holidays. More information about the clerk's office hours and other locations can be found at https://www.mdd.uscourts.gov/locations.

You can also contact Class Counsel if you have questions about the Settlement.

## CLASS COUNSEL

**CLASS COUNSEL**

| | |
|---|---|
| Hassan A. Zavareei<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Ave NW, Suite 1010<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>hzavareei@tzlegal.com | Gayle M. Blatt<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>gmb@cglaw.com |

9

<div style="display: flex;">

John A. Yanchunis
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 233-5505
jyanchunis@forthepeople.com

David M. Berger
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
dmb@classlawgroup.com

Nikoletta S. Mendrinos
MURPHY, FALCON & MURPHY
One South Street, 30th Floor
Baltimore, Maryland 21202
Telephone: (410) 951-8744
Facsimile: (410) 539-6599
nikoletta.mendrinos@murphyfalcon.com

</div>

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT.**

QUESTIONS? CALL **1-800-000-0000** TOLL FREE, OR VISIT WWW._____.COM