# EXHIBIT D

USF Settlement Administrator
1650 Arch St., Ste. 2210
Philadelphia, PA 19103

**LEGAL NOTICE
ONLY TO BE OPENED
BY THE INTENDED
RECIPIENT**

*A federal court has authorized
this Notice.*

*This is not a solicitation
from a lawyer.*

«ScanString»
Postal Service: Please do not mark barcode

Claim ID: «Claim ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

<<Barcode>> Numeric Equivalent          **Data Breach Settlement Claim Form**

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail. You may alternatively submit a claim online or download a full Claim Form from www.XXXX.com to complete and return by mail. Claim Forms must be submitted online by, or mailed with a postmark date no later than XX/XX/2023.*

You may return this Claim Form to submit a claim for: (1) a payment of approximately $50; and (2) reimbursement of Time Spent of up to four hours at $25 per hour; subject to pro rata adjustment. If you incurred Out-of-Pocket losses related to the Data Breach and can provide documentation of those losses, you must submit a claim online or mail the full Claim Form for those losses as well as for the other categories of payments listed above.

**CASH PAYMENT:** You have been identified as someone eligible to receive a payment of approximately $50 from this class action settlement. This amount is subject to pro rata adjustment . To receive your payment, you must either (i) return this Claim Form in the mail, or (ii) complete a Claim Form online or mail the online Claim Form found at www.XXXX.com to USF Settlement Administrator, 1650 Arch St., Ste. 2210, Philadelphia, PA 19103.

**TIME SPENT:** If you spent time trying to recover from fraud or identity theft caused by the Data Breach, or if you spent time trying to avoid fraud or identity theft because of the Data Breach (for example, researching the breach, placing or removing credit freezes on your credit files, purchasing credit monitoring services, or taking other actions), you may answer the next question to be eligible for an additional payment.

**How much time did you spend related to the data breach?** Select from: One Hour____   Two Hours_____   Three Hours_____   Four Hours____

**How was that time spent?** _____
_____

**HOW WOULD YOU LIKE TO RECEIVE YOUR CASH PAYMENT? Select one of the following options:**

PayPal _____     Venmo_____     Zelle_____     Virtual prepaid card_____ (*requires an email address*)

Provide your email address or phone number associated with your payment option: _____
(If you wish to receive a check or direct deposit payment, please fill out an online claim form)

I affirm under the laws of the United States that the information supplied in this claim form is true and correct to the best of my knowledge.

Signature: _____          Date: _____

**WHY AM I RECEIVING THIS NOTICE?** You are receiving this notice because US Fertility and its subsidiaries and partners' (together "USF" or "Defendants") records show that your personal information may have been compromised as a result of a data breach that USF announced in November 2020 (the "USF Data Breach"). You are therefore likely a Settlement Class Member eligible to receive compensation under a class action settlement.

**WHAT IS THIS NOTICE ABOUT?** USF provides administrative, clinical, and business information services to fertility clinics in the United States. A proposed Settlement has been reached with USF and its related entities about a data breach announced in November 2020, where on or around September 14, 2020, an unauthorized party potentially accessed the personal information of approximately 900,000 individuals who provided personal information to fertility clinics that use USF's services. The Class Representatives claim that Defendants did not adequately protect this information. Defendants deny any wrongdoing. No judgment or determination of wrongdoing has been made.

**WHAT CAN YOU GET FROM THE SETTLEMENT?** Settlement Class Members who submit a claim will receive a presumptive cash payment of approximately $50. If you spent time dealing with fraud or identity theft or to protect yourself from future harm that is fairly traceable to the USF Data Breach, then you may make an additional claim for reimbursement for your time. All Settlement Class Members may submit a claim for reimbursement of up to four hours of Time Spent at $25 per hour. Each of these amounts is subject to pro rata adjustment. No documentation is necessary to submit a claim for Time Spent. Additionally, if you incurred Out-of-Pocket Losses that are related to the USF Data Breach and can provide Reasonable Documentation of those losses, then you may make an online claim for reimbursement of those losses up to $15,000. Although Settlement Class Members may claim more than one category of benefits, no individual may receive more than $15,000.

**THE ONLY WAY TO RECEIVE A PAYMENT IS TO FILE A CLAIM.** Claims can be filed by returning the tear off portion of this postcard and returning or submitting a claim online at www._____.com. Claims for Out-of-Pocket Losses must be filed online. The deadline for all claims is **Month XX, 2023**.

**OTHER OPTIONS.** If you do nothing, you will remain in the class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Defendants for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month XX, 2023**. If you stay in the Settlement, you may object to it by **Month XX, 2023**. A more detailed notice and FAQs are available which explain how to exclude yourself or object. Please visit www._____.com or call **(XXX) XXX-XXXX** for a copy of the more detailed notice. On **Month XX, 2023** at **XX am ET**, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorney's fees not to exceed one-third (33.33%) of the Settlement Fund, reimbursement of expenses, and a Service Award for each Class Representative. The motion for attorney's fees will be posted at www._____.com after it is filed. This is only a summary. For more information, call **(XXX) XXX-XXXX** or visit the website at www._____.com.

_____
_____
_____

USF Settlement Administrator
1650 Arch Steet, Suite 2210
Philadelphia, PA 19103

USF Settlement Administrator
1650 Arch St., Ste. 2210
Philadelphia, PA 19103

**LEGAL NOTICE
ONLY TO BE OPENED
BY THE INTENDED
RECIPIENT**

*A federal court has authorized this Notice.*

*This is <u>not</u> a solicitation from a lawyer.*

«ScanString»
Postal Service: Please do not mark barcode

Claim ID: «Claim ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

&lt;&lt;Barcode&gt;&gt; Numeric Equivalent        **Data Breach Settlement Claim Form**

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail. You may alternatively submit a claim online or download a full Claim Form from* www.XXXX.com  *to complete and return by mail. Claim Forms must be submitted online by, or mailed with a postmark date no later than* XX/XX/2023.

You may return this Claim Form to submit a claim for: (1) a payment of approximately $50; and (2) reimbursement of Time Spent of up to four hours at $25; and (3) an additional payment of approximately $200 for having provided medical information to a US Fertility facility in California, all subject to pro rata adjustment. If you incurred Out-of-Pocket losses related to the Data Breach and can provide documentation of those losses, you must submit a claim online or mail the full Claim Form for those losses as well as for the other categories of payments listed above.

**CASH PAYMENT:** You have been identified as someone eligible to receive a cash payment of approximately $50 and an additional approximate $200 from this class action settlement, subject to pro rata adjustment. To receive your payment, you must either (i) return this Claim Form in the mail, or (ii) complete a Claim Form online or mail the online Claim Form found at www.XXXX.com to USF Settlement Administrator, 1650 Arch St., Ste. 2210, Philadelphia, PA 19103.

 **TIME SPENT:** If you spent time trying to recover from fraud or identity theft caused by the Data Breach, or if you spent time trying to avoid fraud or identity theft because of the Data Breach (for example, researching the breach, placing or removing credit freezes on your credit files, purchasing credit monitoring services, or taking other actions), you may answer the next question to be eligible for an additional payment.

**How much time did you spend related to the data breach?**  Select from: One Hour____   Two Hours_____   Three Hours_____   Four Hours____

**How was that time spent?** _____
_____

**HOW WOULD YOU LIKE TO RECEIVE YOUR CASH PAYMENT? Select one of the following options:**

PayPal _____     Venmo_____     Zelle_____     Virtual prepaid card_____ (*requires an email address*)

Provide your email address or phone number associated with your payment option: _____
(If you wish to receive a check or direct deposit payment, please fill out an online claim form)

I affirm under the laws of the United States that the information supplied in this claim form is true and correct to the best of my knowledge.

Signature: _____       Date: _____

**WHY AM I RECEIVING THIS NOTICE?** You are receiving this notice because US Fertility and its subsidiaries and partners' (together "USF" or "Defendants") records show that your personal information may have been compromised as a result of a data breach that USF announced in November 2020 (the "USF Data Breach"). You are therefore likely a Settlement Class Member eligible to receive compensation under a class action settlement.

**WHAT IS THIS NOTICE ABOUT?** USF provides administrative, clinical, and business information services to fertility clinics in the United States. A proposed Settlement has been reached with USF and its related entities about a data breach announced in November 2020, where on or around September 14, 2020, an unauthorized party potentially accessed the personal information of approximately 900,000 individuals who provided personal information to fertility clinics that use USF's services. The Class Representatives claim that Defendants did not adequately protect this information. Defendants deny any wrongdoing. No judgment or determination of wrongdoing has been made.

**WHAT CAN YOU GET FROM THE SETTLEMENT?** Settlement Class Members who submit a claim will receive a presumptive cash payment of approximately $50. If you provided personal or medical information to a US Fertility clinic in California, you are eligible to receive approximately an additional $200. If you spent time dealing with fraud or identity theft or to protect yourself from future harm that is fairly traceable to the USF Data Breach, then you may make an additional claim for reimbursement for your time. All Settlement Class Members may submit a claim for reimbursement of up to four hours of Time Spent at $25 per hour. Each of these amounts is subject to pro rata adjustment. No documentation is necessary to submit a claim for Time Spent. Additionally, if you incurred Out-of-Pocket Losses that are related to the USF Data Breach and can provide Reasonable Documentation of those losses, then you may make an online claim for reimbursement of those losses up to $15,000. Although Settlement Class Members may claim more than one category of benefits, no individual may receive more than $15,000.

**THE ONLY WAY TO RECEIVE A PAYMENT IS TO FILE A CLAIM.** Claims can be filed by returning the tear off portion of this postcard and returning or submitting a claim online at www._____.com. Claims for Out-of-Pocket Losses must be filed online. The deadline for all claims is **Month XX, 2023**.

**OTHER OPTIONS.** If you do nothing, you will remain in the class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Defendants for the claims resolved by this Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month XX, 2023**. If you stay in the Settlement, you may object to it by **Month XX, 2023**. A more detailed notice and FAQs are available which explain how to exclude yourself or object. Please visit www._____.com or call **(XXX) XXX-XXXX** for a copy of the more detailed notice. On **Month XX, 2023** at **XX am ET**, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorney's fees not to exceed one-third (33.33%) of the Settlement Fund, reimbursement of expenses, and a Service Award for each Class Representative. The motion for attorney's fees will be posted at www._____.com after it is filed. This is only a summary. For more information, call **(XXX) XXX-XXXX** or visit the website at

www._____.com.

_____
_____
_____

USF Settlement Administrator
1650 Arch Steet, Suite 2210
Philadelphia, PA 19103