**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>In re US Fertility, LLC Data Security Litigation</u>  
Civil No. PJM 21-299

DATE: September 5, 2023

* * *

The Court has received Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class (ECF No. 104). The Court has no problem with the structure of the Proposed Settlement generally; however, there are some concerns over how realistic the proposed distribution is.

We have run the following calculations. From the fixed $5,750,000 Common Fund, the Court subtracted:

- $1,897,500 for Attorneys' Fees (33% of $5,750,000)
- $75,000 for Attorneys' Expenses
- $779,500 for Administrative Costs
- $50,000 for Service Awards ($2,500 to twenty Class Representatives)

These would total $2,802,000. Based on the fixed settlement of $5,750,000, that would leave $2,948,000 for payments to Settlement Class Members. Putting aside which group for distribution as proposed has priority (itself a concern), if only 60,000 of the 884,090 Settlement Class Members (6.8%) submit claims for the presumptive payment of $50 without documentation, that would total $3,000,000. In consequence there would not be enough left in the Common Fund to satisfy any other claims after the above-listed expenses are paid.

At your earliest convenience, please explain: (1) how the $5,750,000 Common Fund will nonetheless be enough to adequately compensate the Class Members, and (2) the priorities of distribution for the various categories of monetary benefits to be paid out from the Common Fund.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File