UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Catherine Stavlas, Clerk of the District Court

FROM: Judge Peter J. Messitte

RE: In re US Fertility, LLC Data Security Litigation
Civil No. PJM 21-cv-299

DATE: September 7, 2023

\* \* \*

Please re-open this case, which has been administratively closed.

A copy of this Memorandum should be sent to Counsel of Record.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File