UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION | Master File No. 8:21-cv-299 |
| This Document Relates To: All Actions | |

## [~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO SEAL

WHEREAS the Court previously issued a Stipulated Protective Order (ECF No. 72); and

WHEREAS Plaintiffs have moved, with the consent of Defendants, to seal a document submitted with respect to the Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement.

**ACCORDINGLY**, it is **ORDERED**:

1. The motion to seal is **GRANTED**; and

2. The following document shall be filed under seal by the Clerk of Court: **Exhibit A** to the proposed Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 9/7/23

HONORABLE PETER J. MESSITTE
United States District Judge,
District of Maryland

1