Cristina M. Betancourt and Brian T. Welch
5225 20th Ave. S
Seattle, WA 98108

December 21, 2023

Clerk's Office of the U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: US Fertility, LLC Data Security Litigation, Case No. 8:21-cv-299

To Whom in May Concern,

We would like to request exclusion from the USF Data Breach Settlement, because we do not want to be bound by the decisions of the court and give up our rights to sue Defendants for the claims resolved by this Settlement if future issues occur due to this data breach. We will not appear in the final approval hearing and have no attorney advising us.

Thank you,

Cristina M. Betancourt
(715)212-6540
cmbetanc@gmail.com

and

Brian T. Welch
(775)313-3761
b.tim.welch@gmail.com