IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE US FERTILITY, LLC<br>DATA SECURITY LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 8:21-cv-299 |

### DECLARATION OF PAULYNE GARDNER REGARDING NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

I, Paulyne Gardner, declare and state as follows:

1. I have personal knowledge of the matters stated herein, and if called to testify as a witness, I could and would testify completely to the following facts.

2. I am an attorney with the law firm of Mullen Coughlin LLC, which serves as counsel for Defendants, US Fertility, LLC, Shady Grove Reproductive Science Center, P.C., and Fertility Centers of Illinois, S.C. (together, "Defendants"), in the above-captioned actions.

3. I submit this declaration upon personal knowledge to demonstrate Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2006, 28 U.S.C. § 1715 ("CAFA").

4. On August 21, 2023, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement and for Certification of Settlement Class (Dkt. 104).

5. On August 31, 2023, pursuant to 28 U.S.C. § 1715(a) & (b), the Angeion Group staff, acting under my direction and supervision, served CAFA Notice, which consisted of a cover letter and certain accompanying documents, upon the U.S. Attorney General and the appropriate government officials for all fifty (50) states, the District of Columbia, American Samoa, Guam, Northern Mariana, Puerto Rico, and the Virgin Islands.

1

6. Attached hereto as Exhibit A is a true and correct copy of the letter that was mailed as described in Paragraph 5.

7. Attached hereto as Exhibit B is the list of names and addresses of the government officials upon whom the CAFA Notice was served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of January 2024, in Pennsylvania.

*/s/ Paulyne Gardner*
Paulyne Gardner
**MULLEN COUGHLIN LLC**
