2024-02-14

Attn: Clerk's Office of the U.S. District Court
6500 Cherrywood Lane,
Greenbelt, MD 20770

NOTICE OF OBJECTION TO CLASS ACTION PROPOSED SETTLEMENT
(*In re US Fertility, LLC Data Security Litigation*, Case No. 8:21-cv-299)

1) Settlement Class Member Name: Adam Burns
Address: 327 Neva Ave, Glenview, IL 60025
Telephone Number: 847-308-7436
Email: safetechajb@yahoo.com

2) REASONS/BASIS FOR THE OBJECTION:

The proposed settlement for the US Fertility data breach is not reasonable, and/or adequate and ask the Court to deny approval.

It does not appear US Fertility corrective actions have addressed the complete breach, concerns and potential mistakes loom.

US Fertility has not advised me of the forensic specialist company name authorized by USF (without my consent) who also accessed all my personal information nor of the disposition the forensic specialist company has taken to protect said breached information. What has the forensic specialist company done with my information and their associated computers, copies etc.

US Fertility has not advised of the disposition of all hard, printed and/or scanned copies of my impacted file(s) that contain my personal information located at USF physical premises. I was not provided confirmation of the professional shredding and destruction of all my personal documents and information.

US Fertility has not confirmed the cease of use, sale, and/or marketing of all information within my PII, MPI and all files. They have not provided confirmation of the obliteration (permanent deletion destruction) of my entire/complete file(s) from all the subject computer incident server(s) and any others connected to the impacted computers.

US Fertility corrective actions, prevention and controls may not be adequate to prevent another breach from recurring. It is possible my personal data may be found elsewhere in a file room, folder or the unknown forensic specialist company servers. The proposed settlement documents do not identify any methods for determining the effectiveness of US Fertilities own corrective action plans to prevent the reoccurrence.

The Court, US government, credit/unemployment agencies, banks, FTC, need to implement further stronger actions, redundant safeguard steps and processes that the proposed settlement is silent on.

Require companies to be held more accountable to protect US citizens social security number and personal health information to prevent Identity Theft from ever happening again.

3) I hereby confirm that I want to object on behalf of myself to the proposed settlement for the reasons stated herein.

5) I do not intend to appear at the final approval hearing.

6) I have no attorneys representing, advising, or assisting me.

SIGNATURE: *[signed] Adam J. Burns*   DATE: 2024-2-14